UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Tessa E. Bergman )
(formerly Theresa E. Bearman )
2102 Arlington Terrace )
Alexandria, VA  22303-1500 )
 )
      Plaintiff, )
 )
v. )    Civil Action No. __06-303 (GK)__
 )    COMPLAINT UNDER
John W. Snow, Secretary of the )    REHABILITATION ACT OF 1973
Treasury, U.S. Department of the )
Treasury )
1500 Pennsylvania Avenue, N.W. )
Washington, DC  20220 )
 )
 )
      Defendant. )

Certificate of Service

I hereby certify that on March 27 and March 30, 2006, a copy of my Complaint was mailed to all defendants at the following addresses:

U.S. Attorney for the District of Columbia
555 4th Street, SW
Washington, D.C.  20001-2733

John W. Snow
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania NW
Washington, D.C.  20220

Alberto R. Gonzalez U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C.  20530

**RECEIVED**

APR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney for the
District of Columbia
555 4th St. SW
Washington, D.C.
20001-2733

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): A Leal
C. Date of Delivery: 3/27/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0007 7431 6120

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): _____ 2006
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0007 7433 6838

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John W. Snow
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Ave NW
Washington, D.C. 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M Middleton  ☐ Agent ☐ Addressee

B. Received by (Printed Name): MAR 3 0 2006
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0007 7433 6821

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Respectfully submitted,

*Tessa E. Bergman*
Tessa E. Bergman
2102 Arlington Terrace
Alexandria, VA 22303-1500
(703) 329-3164

April 7, 2006