UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TESSA E.  BERGMAN, | : | |
| Plaintiff | : | |
| | : | Civ. Action No. 06-0303 (GK) |
| V. | : | |
| JOHN W. SNOW, | : | |
| Secretary, Department of the Treasury, | : | |
| Defendant | : | |

ANSWER

Defendant, by his undersigned attorneys, hereby answers Plaintiff's complaint as follows:

FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

In response to each numbered paragraph of the complaint, the defendant denies any allegations not expressly admitted herein and further answers as follows:

JURISDICTION AND VENUE

1.  The allegations contained in paragraph 1 of the complaint are legal conclusions relating to jurisdiction which do not require a response.

2.  The allegations contained in paragraph 2 of the complaint are legal conclusions relating to jurisdiction which do not require a response.

3.  The allegations contained in paragraph 3 of the complaint are legal conclusions relating to venue which do not require a response.

PARTIES

4.  Admit.

5. Deny.

6. Admit, except to aver that defendant may be sued only in his official capacity in this action.

7. Paragraph 7 of the complaint contains a legal conclusion that does not require a response.

CLAIM FOR RELIEF

8. Defendant's responses to paragraphs 1 through 7 above are incorporated by reference.

9. Paragraph 9 of the complaint contains a legal conclusion that does not require a response. To the extent a response is required, Defendant denies the allegations contained in paragraph 9.

10. Paragraph 10 of the complaint contains a legal conclusion that does not require a response. To the extent a response is required, Defendant denies the allegations contained in paragraph 10.

11. Deny and further aver that plaintiff through her doctor, notified Dr. Present that she was experiencing Major Depressive Disorder. Her doctor requested only "an accommodation."

12. Deny.

13. Admit that from on or about November 9, 1999, attorney positions were at times available within the IRS and within the Office of Chief Counsel, IRS, which are bureaus within the Department of the Treasury. Admit that at times during the relevant time frame, these positions were available in the Washington, D.C. area. Deny that such positions were always available during the relevant time frame. Deny that all of the positions were at plaintiff's grade

level.  Defendant presently is without information sufficient to form a belief as to the status of attorney positions within other bureaus of the Department of the Treasury.

14.  Deny.

15.  Deny.

16.  Admit that the Plaintiff filed a complaint of discrimination with the Department of the Treasury on or about February 17, 2000; deny that Plaintiff filed a complaint of discrimination with the Equal Employment Opportunity Commission in February of 2000, and otherwise deny.

17.  Admit that on November 15, 2005, the EEOC denied the Plaintiff's request for reconsideration and included as part of that decision, her right to file a civil action.  Admit that Plaintiff attached a copy to her complaint.

18.  Paragraph 18 of the complaint contains a jurisdictional statement to which no response is required.

JURY DEMAND

19.  Plaintiff's request for a jury trial does not constitute an allegation of fact; therefore, no response is required.

PRAYER

The remaining allegations consist of plaintiff's prayer for relief to which no response is

required.  To the extent a response is deemed to be  required, defendant denies that plaintiff is

entitled to any relief whatsoever, and avers that any award of compensatory damages would be

subject to and limited by 42 U.S.C. § 1981a.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar No.  434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

Of Counsel:

DEANNE SOBCZAK
Attorney, Claims, Labor, and Personnel Law
General Legal Services
Internal Revenue Service
950 L'Enfant Plaza, SW 2d Floor
Washington, D.C.  20024
Tele: 202-283-7923
FAX: 202-283-7978

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on this 25th day of May, 2006, a copy of the foregoing
Answer was mailed, postage prepaid to plaintiff pro se,
     Tessa E. Bergman
     2102 Arlington Terrace
     Alexanderia, VA 22303-1500 .


_____
     Rhonda C. Fields
     Assistant United States Attorney