UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TESSA E. BERGMAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action |
| : | No. 06-303 (GK) |
| **JOHN W. SNOW** : | |
| **Secretary of the Treasury,** : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER OF DISMISSAL

An Initial Scheduling Conference ("ISC") was set in this case for June 28, 2006 at 10:00 a.m.. Plaintiff, who is a lawyer, failed to appear. There is nothing in the record to suggest that Plaintiff did not get notice of the ISC. Moreover, Plaintiff failed to contact Defendant's counsel to prepare a joint meet and confer statement, as required by Local Civil Rule 16.3. See LCvR 16.3. Finally, neither Defendant's counsel nor the Court has been able to contact Plaintiff at the telephone number she has provided.

Accordingly, it is hereby

**ORDERED** that this case is **dismissed without prejudice** for failure to prosecute.

June 28, 2006

/s/
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies to:**   attorneys of record via ECF and

**TESSA E. BERGMAN**
**2102 Arlington Terrace**
**Alexandria, VA 22303-1500**