RECEIVED
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN : | |
| (formerly Theresa E. Bearman) : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 06-303(GK) |
| : | |
| JOHN W. SNOW : | |
| Secretary of the Treasury, : | |
| U.S. Department of the Treasury : | |
| : | |
| Defendant. : | |

MOTION FOR RECONSIDERATION

COMES NOW, plaintiff Tessa Bergman, *pro se*, and respectfully moves for reconsideration of the Order dismissing her case without prejudice dated June 28, 2006. Plaintiff further requests that the Court reschedule the conference, which was to be held at 10:00am on June 28, 2006 so as to establish a procedural schedule.

Respectfully submitted,

By: /s/ Tessa C. Bergman
Tessa E. Bergman
2102 Arlington Terrace
Alexandria, VA 22303-1500
*pro se*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TESSA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br>  : <br> Plaintiff, : <br>  : <br> v. : <br>  : <br> _____ : <br> JOHN W. SNOW : <br> Secretary of the Treasury, : <br> U.S. Department of the Treasury : <br>  : <br> Defendant. : | Case No.06-303(GK) |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR RECONSIDERATION

Plaintiff Tessa E. Bergman submits her memorandum of points and authorities in support of her motion for reconsideration of the Order of June 28, 2006 dismissing her case without prejudice, and in support thereof states as follows:

1. A scheduling conference in this matter was held at 10:00am on June 28, 2006. Plaintiff did not attend that conference and, accordingly, this case was dismissed without prejudice.

2. Plaintiff never received notice of the date/time of this scheduling conference from the Court. Plaintiff would certainly have attended the conference if she had received such notice.

3. Plaintiff has since been informed that the Court tried, unsuccessfully, to contact her prior to entering the Order of dismissal on June 28, 2006.

4. Plaintiff is a resident of the Huntington area of Alexandria, Virginia, and is presently not living at her home, as recent flooding in the area has forced

residents to evacuate. On Monday, June 26, 2006, Plaintiff was evacuated and is living with various friends in the Arlington area.

5. Plaintiff's home and work phone numbers are the same and include an answering machine; she was, therefore, always available by phone up until the events of Sunday June 25, 2006, when her phone service was disrupted.

6. As a result of the flooding, mail delivery was disrupted and power outages were suffered (rendering phone and voicemail service unavailable). Plaintiff had provided the Court with her Huntington address, so the upheaval effectively rendered her inaccessible by mail between the morning of June 26, 2006 and the evening of June 28, 2006.

7. Due to the lack of notice and these subsequent acts of God, Plaintiff was unable to contact Defendant's counsel to prepare a joint meet and confer statement (as required by local civil rule 16.3), nor was she aware of any such obligation in light of these exceptional circumstances.

8. Plaintiff regrets any inconvenience this situation has caused the Court, and appreciates its understanding in light of these difficult circumstances. Plaintiff respectfully requests that the Court reconsider its Order and grant her motion for reconsideration under Federal Rule 59(e), and also enter an Order rescheduling the original scheduling conference.

Respectfully submitted,

By: *Jessa Bergman*

> Tessa E. Bergman
> 2102 Arlington Terrace
> Alexandria, VA 22303-1500
> *pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2006, a copy of the foregoing Motion for Reconsideration was mailed, postage prepaid to Defendant's Counsel,
>   Rhonda C. Fields
>   Assistant United States Attorney
>   United States Attorney
>   District of Columbia
>   Judiciary Center
>   555 Fourth Street, N.W.
>   Washington, D.C. 20530

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN<br>(formerly Theresa E. Bearman)<br><br>    Plaintiff,<br><br>v.<br><br>JOHN W. SNOW<br>Secretary of the Treasury,<br>U.S. Department of the Treasury<br><br>    Defendant. | Case No. 06-303(GK) |

### ORDER

In consideration of the motion for reconsideration of plaintiff Tessa Bergman, and in consideration of the points and authorities outlined in her memorandum in support thereof, it is this ___ day of July, 2006,

ORDERED, that the Order of dismissal dated June 28, 2006, is hereby vacated, and a new scheduling conference is set for _____ ___, 2006 for the purpose of establishing a procedural schedule.

_____
Gladys Kessler
United States District Judge