### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br>  : <br> Plaintiff, : <br>  : Civil Action No. 06-0303 (GK) <br> v. : <br>  : <br> JOHN W. SNOW : <br>  : <br> Defendant. : <br>  : | |

### NOTICE OF APPEARANCE

The Clerk will please enter the appearance of the undersigned as counsel for the plaintiff Tessa E. Bergman in this matter:

        John D. Quinn, Esquire
        Bar No. 267302
        910 16th Street, N.W., 5th Floor
        Washington, D.C. 20006
        Tel:  (202) 833-4170
        Fax: (202) 887-5137


        Respectfully submitted,

        SALE & QUINN, P.C.


        _____/s/_____
        John D. Quinn, Esquire
        Bar No. 267302
        910 16th Street, N.W., 5th Floor
        Washington, D.C. 20006
        Tel:  (202) 833-4170
        Fax: (202) 887-5137

        Counsel for Plaintiff

Dated:  August 11, 2006

Certificate of Service

I certify that the foregoing was served via first-class mail, postage prepaid, this 11th day of August, 2006 on Rudolph Contreras and Rhonda C. Fields, Assistant United States Attorneys, at 555 Fourth Street, N.W., Washington, D.C. 20530, and on Deanne Sobczak, Internal Revenue Service, at 950 L'Enfant Plaza, S.W., 2nd Floor, Washington, D.C. 20024.

_____/s/_____
John D. Quinn