UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TESSA E. BERMAN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-303 (GK) |
| | : | |
| **JOHN W. SNOW,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

In consideration of the unopposed Motion for Reconsideration of Plaintiff Tessa Bergman, and in consideration of the Points and Authorities outlined in her Memorandum in Support thereof, it is this 17th day of August, 2006, hereby

**ORDERED**, that the Order of Dismissal dated June 28, 2006, is hereby **vacated**; and it is further

**ORDERED**, that a new Scheduling Conference is set for **August 30, 2006, at 10:30 a.m.**, for the purpose of establishing a procedural schedule; and it is further

**ORDERED**, that Plaintiff shall file her **current name, address, and telephone number** by **August 31, 2006**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**