## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESTA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br> : <br> Plaintiff, : <br> : Civil Action No. <u>06-0303 (GK)</u> <br> v. : <br> : <br> JOHN W. SNOW : <br> : <br> Defendant. : | |

### MOTION FOR CONTINUANCE

Plaintiff Tessa Bergman, by the undersigned counsel, respectfully requests that the Court continue the scheduling conference set for August 30, 2006. In support of this motion for continuance, counsel for plaintiff states that he is due to be out of town on August 30, 2006 because of a previously scheduled vacation. Plaintiff respectfully requests that the scheduling conference set for August 30, 2006 be continued until the week of September 11, 2006. A memorandum of points and authorities is attached hereto and incorporated herein.

                                                Respectfully submitted,

                                                SALE & QUINN, P.C.


                                          _____/s/_____

                                          John D. Quinn, Esquire
                                          Bar No. 267302
                                          910 16th Street, N.W., 5th Floor
                                          Washington, D.C. 20006
                                          Tel: (202) 833-4170
                                          Fax: (202) 887-5137

                                          Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br>  : <br> Plaintiff, : <br>  : <br> v. : <br>  : <br> JOHN W. SNOW : <br>  : <br> Defendant. : <br>  : | Civil Action No. 06-0303 (GK) |

## MEMORANDUM OF POINTS AND AUTHROTIES
## IN SUPPORT OF MOTION FOR CONTINUANCE

Plaintiff Tessa Bergman, by the undersigned counsel, respectfully submits her memorandum of points and authorities in support of her motion to continue the scheduling conference set for August 30, 2006 and states as follows:

1. Local Rule 16.1.

2. Counsel for plaintiff made commitments to be on vacation on August 30, 2006 before the Court's order of August 17, 2006 setting the scheduling conference date of August 30, 2006.

3. Counsel for plaintiff attempted to contact counsel for defendant by telephone to obtain consent to this motion but was unsuccessful.

                                                        Respectfully submitted,

                                                        SALE & QUINN, P.C.


                                                      _____/s/_____
                                                      John D. Quinn, Esquire
                                                      Bar No. 267302

        910 16th Street, N.W., 5th Floor
        Washington, D.C. 20006
        Tel:  (202) 833-4170
        Fax: (202) 887-5137

        Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

TESSA E. BERGMAN                    :
(formerly Theresa E. Bearman)       :
                                    :
        Plaintiff,                  :
                                    :   Civil Action No. 06-0303 (GK)
v.                                  :
                                    :
JOHN W. SNOW                        :
                                    :
        Defendant.                  :

**ORDER**

In consideration of the motion of plaintiff Tessa Bergman to continue the scheduling conference set for August 30, 2006, and for good cause shown, it is hereby ORDERED:

That the motion is granted and that the scheduling conference is continued to September ____, 2006 at _____.


_____
Gladys Kessler
United States District Judge

<u>Certificate of Service</u>

I certify that the foregoing was served via first-class mail, postage prepaid, this 21st day of August, 2006 on Rudolph Contreras and Rhonda C. Fields, Assistant United States Attorneys, at 555 Fourth Street, N.W., Washington, D.C. 20530, and on Deanne Sobczak, Internal Revenue Service, at 950 L'Enfant Plaza, S.W., 2nd Floor, Washington, D.C. 20024.

_____/s/_____
John D. Quinn