### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESTA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br> : <br> Plaintiff, : <br> : Civil Action No. <u>06-0303 (GK)</u> <br> v. : <br> : <br> JOHN W. SNOW : <br> : <br> Defendant. : <br> : | |

### MOTION FOR CONTINUANCE

Plaintiff Tessa Bergman, by the undersigned counsel, respectfully requests that the Court continue the scheduling conference set for September, 2006. In support of this motion for continuance, counsel for plaintiff states that he has to go out of town due to a family medical emergency. Plaintiff respectfully requests that the scheduling conference set for September 14, 2006 be continued until the afternoon of September 14, 2006 or to September 25, 28 or 29, 2006. Counsel has communicated with counsel for defendant about this continuance and defendant consents to the continuance. A memorandum of points and authorities is attached hereto and incorporated herein.

Respectfully submitted,

SALE & QUINN, P.C.

_____/s/_____
John D. Quinn, Esquire
Bar No. 267302
910 16th Street, N.W., 5th Floor
Washington, D.C. 20006
Tel: (202) 833-4170

Fax: (202) 887-5137

Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

TESSA E. BERGMAN            :
(formerly Theresa E. Bearman)   :
                            :
      Plaintiff,          :
                            :     Civil Action No. 06-0303 (GK)
  v.                        :
                            :
JOHN W. SNOW                :
                            :
      Defendant.          :
                            :

**MEMORANDUM OF POINTS AND AUTHROTIES
IN SUPPORT OF MOTION FOR CONTINUANCE**

    Plaintiff Tessa Bergman, by the undersigned counsel, respectfully submits her memorandum of points and authorities in support of her motion to continue the scheduling conference set for September 14, 2006 and states as follows:

1. Local Rule 16.1.

2. A scheduling conference is scheduled in this matter for September 14, 2006 at 10:30 am.

3. Counsel for plaintiff was informed on September 12 that a close relative is seriously ill which requires counsel to go out of town immediately. No other lawyer in counsel for plaintiff's law firm is available to attend the scheduling conference on September 14 at 10:30 am, although other counsel can be available after 3:00 pm on September 14, 2006.

4. Counsel for plaintiff contacted counsel for defendant by telephone and counsel for defendant consented to the continuance and indicated that she was available on the

afternoon of September 14, 2006 and on September 25, 28 and 29, 2006. Counsel for plaintiff will be available on those dates.

          Respectfully submitted,
          SALE & QUINN, P.C.

          _____/s/_____
          John D. Quinn, Esquire
          Bar No. 267302
          910 16th Street, N.W., 5th Floor
          Washington, D.C. 20006
          Tel: (202) 833-4170
          Fax: (202) 887-5137

          Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TESSA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br> : <br> Plaintiff, : <br> : Civil Action No. <u>06-0303 (GK)</u> <br> v. : <br> : <br> JOHN W. SNOW : <br> : <br> Defendant. : <br> : | |

**ORDER**

In consideration of the motion of plaintiff Tessa Bergman to continue the scheduling conference set for September 14, 2006, and for good cause shown, it is hereby ORDERED:

That the motion is granted and that the scheduling conference is continued to September ____, 2006 at _____.

_____
Gladys Kessler
United States District Judge

Certificate of Service

I certify that the foregoing was served by first class mail, postage prepaid and electronically on this 12th day of September, 2006 on Rudolph Contreras and Rhonda C. Fields, Assistant United States Attorneys, at 555 Fourth Street, N.W., Washington, D.C. 20530, and on Deanne Sobczak, Internal Revenue Service, at 950 L'Enfant Plaza, S.W., 2nd Floor, Washington, D.C. 20024.



_____/s/_____
John D. Quinn