UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN, : | |
| Plaintiff : | |
| : | Civ. Action No. 06-0303 (GK) |
| V. : | 12/15/06 – Proponent Discovery Closes |
| JOHN W. SNOW, : | 01/31/07 - Status Conference |
| Secretary, Department of the Treasury, : | 03/01/07 - Discovery Closes |
| Defendant : | |

CONSENT MOTION FOR EXTENSION OF TIME
TO MAKE PROPONENTS' EXPERT DISCLOSURES

Defendant respectfully submits this consent motion for an extension of time to January 16, 2007, to make proponents' expert disclosures. The disclosures were to be made by December 15, 2006. This is defendant's first request for an extension of time in which to make proponent's expert disclosures. It is believed that the request for extension might impact on the Court's deadline for opponent's expert disclosures which are due by 2/1/2007, should plaintiff offer a report in opposition to defendant's expert report.

The individual who defendant has asked to review this matter for an expert opinion, Dr. Martin Allen, a psychiatrist, has been unable to complete his review and prepare a report by December 15, 2006. Dr. Allen has been unable to work on this matter for a portion of the period in question because he had to have surgery on his back. Additionally, Dr. Allen recently has advised that he needs to conduct a psychological examination of plaintiff.

Defendant has consulted with plaintiff's counsel on this matter. Plaintiff consents to the motion for an extension of time in which both parties may make the proponents' expert disclosures. However, plaintiff has not consented to an independent psychological evaluation by defendant's expert.

Therefore, defendant respectfully requests an extension of time in which to make its

expert disclosures. Defendant requests the extension so that it can have sufficient time to attempt to resolve its request for an independent examination and obtain a completed report from Dr. Allen.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970