UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>    Plaintiff | :<br>: |
| | :    Civ. Action No. 06-0303 (GK) |
| V. | :    12/15/06 – Proponent Discovery Closes |
| JOHN W. SNOW, | :    01/31/07 - Status Conference |
| Secretary, Department of the Treasury,<br>    Defendant | :    03/01/07 - Discovery Closes<br>: |

ORDER

Upon consideration of the consent motion for an extension of time, to January 16, 2007, in which to submit the proponents' expert disclosures, its is hereby

ORDERED that the motion is GRANTED.

Date:      _____
                       UNITED STATES DISTRICT JUDGE