**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TESTA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br>         : <br> Plaintiff,   : <br>         : <br> v.       : <br>         : <br> JOHN W. SNOW    : <br>         : <br> Defendant.   : <br>         : | Civil Action No. <u>06-0303 (GK)</u> |


TESSA E. BERGMAN                    :
(formerly Theresa E. Bearman)       :
                                    :
        Plaintiff,                  :
                                    :     Civil Action No. <u>06-0303 (GK)</u>
        v.                          :
                                    :
JOHN W. SNOW                        :
                                    :
        Defendant.                  :
                                    :

**OPPOSITION TO CONSENT MOTION**

Defendant filed a consent motion today to extend the deadlines for identifying expert witnesses. According to the ECF receipt, the motion was filed at 11:22 AM today. Counsel for plaintiff first received a draft of the proposed consent motion when he arrived at work this morning. Counsel for plaintiff promptly sent an e-mail to counsel for defendant, Rhonda Fields, Esq., at 10:02 AM stating that plaintiff does *not* consent to the motion. Exhibit 1. Counsel for defendant apparently was not aware that plaintiff did not consent to the motion and that it should not be regarded as a consent motion. However, plaintiff requested that defendant advise the Court that the motion was not filed as a consent motion. Exhibit 2.

Plaintiff recognizes that this opposition is remarkable, as he has never before opposed a consent motion in almost 30 years of law practice. Plaintiff opposes the filing of this motion as a consent motion, because she did not consent to the motion. Plaintiff intends to file a memorandum of law in opposition to the motion within the time permitted by the rules of this court.

Respectfully submitted,

        SALE & QUINN, P.C.


       _____/s/_____
       John D. Quinn, Esquire
       Bar No. 267302
       910 16th Street, N.W., 5th Floor
       Washington, D.C. 20006
       Tel:  (202) 833-4170
       Fax: (202) 887-5137

       Counsel for Plaintiff

Exhibit 1

| | |
|---|---|
| **Subject:** | **Consent Motion** |
| **Date:** | 12/14/2006 11:55:40 AM Eastern Standard Time |
| **From:** | JDQ CSQ |
| **To:** | Rhonda.Fields@usdoj.gov |

Rhonda:  I just learned that you filed a consent motion.  As I indicated in my e-mail to you this morning, that was sent over an hour before the motion was filed, plaintiff does not consent to the motion you filed.  Please advise the court that the motion was filed without my consent.

John Quinn

Exhibit 2

| | |
|---|---|
| **Date:** | 12/14/2006 10:02:26 AM Eastern Standard Time |
| **From:** | JDQ CSQ |
| **To:** | Rhonda.Fields@usdoj.gov |
| **CC:** | tessa.bergman@cox.net |

Rhonda: I do not consent to your filing the motion for extension of expert deadlines. I thought I indicated that I would agree to your request only if it was clear that the extension is NOT granted for purposes of Dr. Allen meeds to conduct an IME. As your motion does just the opposite, I will not agree to any extension of expert deadlines. I plan to file my expert designation tomorrow.

John Quinn

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TESSA E. BERGMAN                          :
(formerly Theresa E. Bearman)             :
                                          :
         Plaintiff,                       :
                                          :       Civil Action No. 06-0303 (GK)
    v.                                    :
                                          :
JOHN W. SNOW                              :
                                          :
         Defendant.                       :

**MEMORANDUM OF POINTS AND AUTHROTIES
IN SUPPORT OF MOTION FOR CONTINUANCE**

Plaintiff Tessa Bergman, by the undersigned counsel, respectfully submits her memorandum of points and authorities in support of her motion to continue the scheduling conference set for August 30, 2006 and states as follows:

1. Local Rule 16.1.

2. Counsel for plaintiff made commitments to be on vacation on August 30, 2006 before the Court's order of August 17, 2006 setting the scheduling conference date of August 30, 2006.

3. Counsel for plaintiff attempted to contact counsel for defendant by telephone to obtain consent to this motion but was unsuccessful.

            Respectfully submitted,

            SALE & QUINN, P.C.


            _____/s/_____
            John D. Quinn, Esquire
            Bar No. 267302

910 16th Street, N.W., 5th Floor  
Washington, D.C. 20006  
Tel: (202) 833-4170  
Fax: (202) 887-5137  

Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TESTSA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br> : <br> Plaintiff, : <br> : Civil Action No. <u>06-0303 (GK)</u> <br> v. : <br> : <br> JOHN W. SNOW : <br> : <br> Defendant. : <br> : | |

**ORDER**

In consideration of the motion of plaintiff Tessa Bergman to continue the scheduling conference set for August 30, 2006, and for good cause shown, it is hereby ORDERED:

That the motion is granted and that the scheduling conference is continued to September \_\_\_\_, 2006 at _____.

_____
Gladys Kessler
United States District Judge

Certificate of Service

I certify that the foregoing was served via first-class mail, postage prepaid, this 21st day of August, 2006 on Rudolph Contreras and Rhonda C. Fields, Assistant United States Attorneys, at 555 Fourth Street, N.W., Washington, D.C. 20530, and on Deanne Sobczak, Internal Revenue Service, at 950 L'Enfant Plaza, S.W., 2nd Floor, Washington, D.C. 20024.


John D. Quinn