JUDITH A. NOWAK, M.D., P.C.
908 New Hampshire Avenue N.W., Suite 302
Washington, DC 20037-2349

Telephone: (202) 887-5495
Fax: (202) 466-5582

December 14, 2006

To Whom It May Concern:

Re: *Tessa Bergman*

Prior to October 1999 I had been treating Ms. Bergman for low-grade chronic depression. She was not getting therapy and was then capable of performing her job duties. Beginning is early October 1999 Ms. Bergman slipped into a major depressive episode. The major depressive episode was caused by work place circumstances, including the lack of any substantive work coupled with close monitoring of Ms. Bergman's activities by her co-workers.

In October 1999 Ms. Bergman had a disability as a result of her depression that prevented her from doing her job as then configured. Ms. Bergman's disability was a direct and proximate result of her job conditions, including a lack of substantive work, oppressive work conditions, assignment of menial and clerical work and overall harassment. As of October 1999 Ms. Bergman's disability required a reasonable accommodation in her job that had to include either:

A. Restructuring her current position to provide substantive work commensurate with her intellectual abilities and elimination of harassment; or
B. Transfer to another position where these conditions would be met.

When Ms. Bergman returned to work in December 1999 her medical condition was significantly exacerbated by her work conditions, including lack of any substantive work, isolation and constant monitoring of her day to day activities by her co-workers and even her office mate. As a direct and proximate result of the injuries in December 1999 Terri experienced significant mental anguish, and pain and suffering. She also suffered a permanent injury. Ms. Bergman's medical treatment by me was necessary for the injuries she sustained and all charges are ordinary and customary. Terri is required to have ongoing therapy for the injuries she sustained in December 1999. I will testify consistent with my testimony in the administrative hearing in this case.

My opinions are based on my treatment and examinations of Ms. Bergman including my involvement in the events of the period October 1999 through March 2000. I provided all relevant information on Ms. Bergman's medical condition to a physician

retained by the Internal Revenue Service. That physician agreed with me that Ms. Bergman had a disability in October 1999 involving a major depressive condition, that the disability required a reasonable accommodation and that the accommodation required was a job transfer to a position involving substantive legal work commensurate with Ms. Bergman's abilities and intellect.

Judith A. Nowak, M.D.

*Judith A. Nowak, MD*

1 October 2005

# CURRICULUM VITAE

Name: Nowak, Judith Ann

**BIRTHPLACE:** Albany, New York  Birthdate: February 18, 1948

**RESIDENCE** Address and Telephone:   2140 Cathedral Avenue, NW
Washington, D.C. 20008-1502
202-667-1331

**BUSINESS** Address and Telephone:   908 New Hampshire Avenue, NW
Suite 302
Washington, D.C. 20037-2346
202-887-5495
Fax 202-466-5582

**EDUCATION:**

    **College:** Cornell University, College of Arts and Sciences
Ithaca, New York
**Major:** Biochemistry
**Degree:** B. A.
**Attendance:** September, 1966-June, 1970

    **Medical School:** Cornell University Medical College
New York, New York
**Degree:** M. D.
**Attendance:** September, 1970-June, 1974

**TRAINING**

    **Residency:** General Psychiatry, University of Virginia Hospital
Charlottesville, Virginia
**Attendance:** July 1, 1974-June 30, 1977

    **Fellowship:** Psychiatry. The New York Hospital-Cornell University Medical Center, Westchester Division
White Plains, New York
**Attendance:** July 1, 1977-June 30, 1978

**ACADEMIC HONORS:** Phi Beta Kappa 1969
Chief Resident in Psychiatry, University of Virginia Hospital
March 1, 1977-June 30, 1977

**LICENSURE**   Virginia 1975   Maryland 1979   District of Columbia 1979
New York 1977 (Inactive)

**SPECIALTY BOARD CERTIFICATION**   Psychiatry   November, 1978

**POST CERTIFICATION TRAINING**   Graduate, Washington Psychoanalytic Institute   1991
Washington, D.C.

**RESEARCH ACTIVITIES**   Borderline Research Group, Dr. Otto Kernberg, Director
1978-1979

**SOCIETY MEMBERSHIP**   American Psychiatric Association
American Psychoanalytic Association
American Academy of Psychoanalysis
American Medical Association
District of Columbia Medical Society
Washington Psychiatric Society
American Society of Clinical Psychopharmacology

## PROFESSIONAL SOCIETY, OFFICES HELD

District of Columbia Chapter, Washington Psychiatric Society
  Member of Council 1984-1986 (Secretary, 1985-1986)
Washington Psychiatric Society
  Member of Council 1986-1988
  Secretary         1989-1990 and 2001-2003
  President Elect   1990-1991
  President         1991-1992
  Newsletter Editor 1989-1990   and 1995-present
District of Columbia Medical Society
  Vice-Speaker, House of Delegates   1995-1996
  Speaker, House of Delegates        1996-1999   Chair, Council of Medical Specialty Societies   1999-2001
Washington Psychoanalytic Foundation, Board   1991-2000
Washington Psychiatric Foundation, Board   1991-1993
American Psychiatric Association
  Local Arrangements Committee,  1992 meetings
  Nominating Committee   1992
  Budget Committee, Advisor   1996-1999

## PRESENT POSITION

Private practice of Psychiatry. Washington, DC 1981-present. Psychopharmacotherapy, psychotherapy, and psychoanalysis, couples and family therapy. I also do crisis intervention, brief therapy, long term therapy and case management for severely disturbed patients. Consultation for colleagues.

## PAST POSITIONS

Assistant Unit Chief. New York Hospital-Cornell University Medical Center, Westchester Division. White Plains, New York
I co-directed a short-term inpatient unit. 1977-1979.

Staff Psychiatrist. Chestnut Lodge Hospital. Rockville, Maryland.
Long term inpatient treatment of severely disturbed adults and adolescents. 1979-1981.

Medical Officer. Psychiatry. Saint Elizabeths Hospital. Washington, D.C. I worked on a short term inpatient unit and supervised a geriatric psychiatry ward. 1981.

## ACADEMIC APPOINTMENTS

Clinical Affiliate. New York Hospital-Cornell University Medical Center, Westchester Division. White Plains, New York. 1978-1979.

Assistant Clinical Professor of Psychiatry and Behavioral Sciences
George Washington University Hospital. Washington, D.C.
1981-1989.

Associate Clinical Professor   1989-1992.

Clinical Professor  1994-present.
I have taught medical students and psychiatry residents.
   Medical students: clinical interviewing and psychotherapy.
   Psychiatry Residents: outpatient psychotherapy supervision and inpatient case management. 1995-present: I have taught a course on clinical problems, particularly focused on how to use dynamic principles to understand and manage crises, to PGY 3 Residents.

## OTHER TEACHING

Psychoanalytic Psychotherapy Training Program. Washington Psychoanalytic Institute. Washington, D.C. 1987-1989. Clinical supervision and small group seminars in clinical management and psychopathology.

Associate Instructor. Faculty, Washington Psychoanalytic Institute. 1993-1995
I took a leave because I prefer to teach psychiatry to medical doctors.

## AWARDS

George Washington University, Department of Psychiatry and Behavioral

Sciences: Clinical Faculty Award for Outstanding Contributions to the Residency Training Program 1997 and 2001.

Prior Court Testimony

I have testified in the following cases in the past five years:

*Taborgnu v. Johnston,* D.C. Superior Ct., 2006.