UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>    Plaintiff | :<br>: |
| | :   Civ. Action No. 06-0303 (GK) |
| V. | :   01/31/07 - Status Conference |
| JOHN W. SNOW, | :   02/01/07 - Opponent's Expert Disclosure |
| Secretary, Department of the Treasury,<br>    Defendant | :    03/01/07 - Discovery Closes<br>: |

ORDER

Upon consideration of defendant's motion to withdraw the previously filed Consent Motion for an Extension of Time to Make Proponents' Expert Disclosures, and plaintiff's response thereto, it is hereby

ORDERED that the motion is GRANTED.

Date:                             _____
                                  UNITED STATES DISTRICT JUDGE