**Fields, Rhonda (USADC)**

---

**From:** Fields, Rhonda (USADC)
**Sent:** Tuesday, December 12, 2006 4:46 PM
**To:** 'JDQCSQ@aol.com'
**Subject:** RE: FW: Bergman discovery requests

1. No, I sent it from here in the office. Has your service had any problem with receipt of e-mail on the 1st? When there is a problem with delivery we normally get a message to that effect, but I do not see one around the 1st or 2nd.
2. Thanks, I understand that your client consents to an extension for identifying experts, but does not consent to an independant medical examination. I'll file the consent motion for extension, and then an unconsented motion for IME. Do you want the request for extension to apply to plaintiff as well?

---

**From:** JDQCSQ@aol.com [mailto:JDQCSQ@aol.com]
**Sent:** Tuesday, December 12, 2006 4:26 PM
**To:** Fields, Rhonda (USADC)
**Subject:** Re: FW: Bergman discovery requests

Rhonda: I don't mean to quibble, but my e-mail service lists every e-mail sent to or received from any other e-mail. I have a list of all e-mails to and from your e-mail address and there is no e-mail from you to me on or anywhere near Dec. 1. Was it sent from another e-mail address?

Ms. Bearman is willing to agree to extend the date for identifying experts. Is early January, OK? In agreeing to this, I want to make sure we have the understanding that Ms. Bearman does not consent to an IME. Please confirm. Also, will you file the motion for an extension?

John



EXHIBIT
1

12/15/2006

## Fields, Rhonda (USADC)

**From:** JDQCSQ@aol.com
**Sent:** Tuesday, December 12, 2006 5:43 PM
**To:** Fields, Rhonda (USADC)
**Subject:** Re: FW: Bergman discovery requests

Rhonda: Yes the extension should apply to both parties.

I was out of town on December 1 and received a lot of e-mails that day. I checked e-mails carefully when I returned to the office and did not see any e-mail from you. After you indicated you had sent one to me that day, I checked our e-mail server which lists all sent and received e-mails and is quite fool proof. I simply did not receive any e-mail from your address on Dec. 1.

John Quinn



EXHIBIT 2

## Fields, Rhonda (USADC)

| | |
|---|---|
| **From:** | Fields, Rhonda (USADC) |
| **Sent:** | Wednesday, December 13, 2006 4:09 PM |
| **To:** | 'JDQCSQ@aol.com' |
| **Subject:** | RE: Extend motion for review |
| **Attachments:** | extend.wpd |

Here is the motion to extend. I asked for extension to the 16th. Please advise if its ok with you



EXHIBIT 3

12/15/2006

## Fields, Rhonda (USADC)

**From:** Fields, Rhonda (USADC)
**Sent:** Wednesday, December 13, 2006 4:28 PM
**To:** 'JDQCSQ@aol.com'
**Subject:** FW: Bergman discovery requests

**Attachments:** sent rpt.pdf; HIPPA PSYCHOTHERAPY RELEASE FORM.wpd; Def Discovery requests .wpd; HIPPA MEDICAL RELEASE FORM.wpd



sent rpt.pdf (72 KB)

John, I understand that your system does not show receipt of our discovery request. However, my sent report shows it was sent, see attachment. I am not a computer expert and do not know what happened. I think the real question is whether you intend to respond to the requests.

**From:** Fields, Rhonda (USADC)
**Sent:** Friday, December 01, 2006 5:10 PM
**To:** 'jdqcsq@aol.com'
**Subject:** Bergman discovery requests

  

HIPPA          Def Discovery    HIPPA MEDICAL
OTHERAPY RELEASI requests .wpd (5... ELEASE FORM.wpd.

**EXHIBIT 4**

## Fields, Rhonda (USADC)

**From:** Fields, Rhonda (USADC)
**Sent:** Wednesday, December 13, 2006 5:07 PM
**To:** 'JDQCSQ@aol.com'
**Subject:** RE:revised Bergman extend motion is attached
**Attachments:** extend.wpd



EXHIBIT 5

12/15/2006

## Fields, Rhonda (USADC)

**From:** JDQCSQ@aol.com
**Sent:** Thursday, December 14, 2006 9:13 AM
**To:** Fields, Rhonda (USADC)
**Subject:** Re: FW: Bergman discovery requests

Rhonda: I am headed out of town today and will be back on December 21. We will have to deal with it then.

John



EXHIBIT 6

12/15/2006

## Fields, Rhonda (USADC)

| | |
|---|---|
| **From:** | Lawson, Pamela (USADC) |
| **Sent:** | Thursday, December 14, 2006 6:16 PM |
| **To:** | Abel, Charlotte (USADC); Anamelechi, Chrysanthus (USADC); Baum, Catherine (USADC); Blumberg, Peter (USADC); Borum, Marian L. (USADC); Braswell, Marina (USADC); Burch, Alan (USADC); Carroll, Lakesha (USADC); Caudill, Karen D. (USADC); Coles, Doris (USADC); Contreras, Rudolph (USADC); Dawkins, Tammatha L. (USADC); Dennis, Annette (USADC); Dolci, Richard (USADC); Fields, Rhonda (USADC); Gant, Tyrell (USADC); Gilbert, Patricia (USADC); Goldfluss, Lisa (USADC); Graham-Oliver, Heather (USADC); Greene, Lavenia (USADC); Harlan, Peter (USADC); Haynes, Fred (USADC); Henault, John (USADC); Johnson, Madelyn (USADC); Johnson, Wyneva (USADC); Jones, Brenda (USADC); Jones, Danielle (USADC); Konopka, Kathleen (USADC); Kornegay, Kristena (USADC); Lawrence, Craig (USADC); Lawson, Pamela (USADC); Lyons, Jane (USADC); McBarnette, Andrea (USADC); McDaniel, Oliver (USADC); McGowan, Colleen (USADC); Melnik, Karen (USADC); Momeni, Mercedeh (USADC); Morgan, Keith (USADC); Muhammad, Debra (USADC); Mussenden, Paul (USADC); Nails, Gary (USADC); Nebeker, Mark (USADC); Parker, Cindy (USADC); Paxton, Ellsworth (USADC); Peterson, Benton (USADC); Rice, Timothy (USADC); Rose, Megan (USADC); Rowan, Reginald (USADC); Russell, Beverly (USADC); Ryan, Michael (USADC); Scott, Tammy (USADC); Shoaibi, Alexander D. (USADC); Simmons, Richard (USADC); Smith, Peter (USADC); Sullivan, Diane (USADC); Tabacco, Michael (USADC); Triss, Geralyn (USADC); Truong, John (USADC); Valdez, Darrell (USADC); VanHorn, Daniel (USADC); Weinstein, Laurie (USADC); Whitaker, Claire (USADC); Williams, Tina T. (USADC) 4; Ranieri, Steve (USADC) |
| **Subject:** | THE SYSTEM |
| **Importance:** | High |

Hi:

The IT Tech just stop in my office and stated a "piece" was replaced and we should be okay now. He suggests that we reboot.

*Have a nice day!*

EXHIBIT 7

1