113

UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| IN THE MATTER OF: )<br>)<br>THERESA E. BEARMAN, )<br>)<br>    Complainant, )<br>)<br>v. )<br>)<br>PAUL H. O'NEILL, SECRETARY, )<br>DEPARTMENT OF THE TREASURY, )<br>)<br>    Agency. )<br>) | EEOC No. 100-A1-7426X<br>Agency No. TD-00-1056 |

Deposition of

THERESA E. BEARMAN

a witness of lawful age, taken on behalf of the Plaintiff, pursuant to adjournment, in the offices of the Internal Revenue Service, 950 L'Enfant Plaza, Washington, D.C., on Thursday, April 18th, 2002, at 10:30 a.m., before Sedric Baker, Notary Public in and for the District of Columbia, when were present:

APPEARANCES:

On behalf of the Complainant:

JOHN D. QUINN, ESQ.
Claxton, Sole & Quinn
Suite 500
910 16th Street, N.W.
Washington, D.C. 20006

EXECUTIVE COURT REPORTERS, INC.
(301) 565-0064

1   you'd stop coaching the witness.
2           MR. QUINN: I'm not coaching the -- you --
3   you --
4           MS. SOBCZAK: You're suggesting answers to
5   the witness.
6           MR. QUINN: You -- you --
7           MS. SOBCZAK: You've been doing this
8   continually throughout the deposition.
9           MR. QUINN: No, look, I'm not. What you did
10  is you took a -- you took a statement from --
11          MS. SOBCZAK: Okay.
12          MR. QUINN: -- from her complaint --
13          MS. SOBCZAK: I'd like to move on now.
14          MR. QUINN: -- and you -- and you twisted it
15  and you tried to make it into something that it wasn't.
16          BY MS. SOBCZAK:
17  Q    Okay. Ms. Bearman, you are claiming
18  compensation for mental anguish, pain, and suffering,
19  correct?
20  A    Correct.
21  Q    How much compensation are you claiming?
22  A    I have not calculated a finite number yet.
23  Q    Do you have any idea when you will be able to
24  calculate a finite number?
25  A    I'm in the process of finding out how one