Judith A. Nowak, M.D., P.C.
908 New Hampshire Avenue, NW
Suite 302
Washington, D.C. 20037-2346
202-887-5495
F. 202-466-5582
11 October 1999

Neil Presant, MD                                   Re: Theresa Bearman
Internal Revenue Service
HQ:HR:MP:L, 1042IR
1111 Constitution Avenue, NW
Washington, DC 20224

Dear Dr. Presant:

I am writing to document that Ms. Bearman has suffered an acute exacerbation of a chronic medical illness which necessitates a medical leave of absence.

Ms. Bearman suffered from chronic low grade depressive symptoms(Dysthymic Disorder DSMIV 300.40) with distinct periods of worsening consistent with a diagnosis of Major Depressive Disorder( DSMIV 296.33) since childhood. There is a significant family history of depression on both the maternal and paternal side. Ms. Bearman has been in treatment nearly consistently since her early twenties.

She was hospitalized in 1991 with an acute depressive episode. She was treated with Prozac and rapidly responded. There have been no subsequent hospitalizations since that time. Ms. Bearman demonstrates a pattern of initial good response to several antidepressants followed by relapse of more severe symptoms. She has had brief periods of euthymia but even at best functioning has displayed some residual symptoms (sleep disorder characterized by frequent awakenings, low energy, and a mood she characterizes as "looking at life through a gray veil."). She has normal thyroid functioning and no evidence of any other contributory medical problem. She drinks almost no alcohol and uses no drugs.

I have been following Ms. Bearman since June, 1996 for psychopharmacological treatment of her depression. Prior to our work together, she had tried multiple pharmacological regimens which included SSRI's(Zoloft and Prozac), TCA's(Pamelor), augmentation strategies using Lithium and Ritalin(both unsuccessful and abandoned). We have tried Effexor, at times of exacerbation of symptoms, to doses as high as XR 375mg qd. There is a side effect ceiling such that high doses cause a severe worsening of sleep disturbance which cannot be readily treated with Trazodone. In recent months, Ms. Bearman was doing rather well on a combination of Effexor XR 150mg qd and Celexa 20mg qd.



59

There has been a gradual deterioration of her symptoms since approximately mid August 1999 with a dramatic worsening over the past week to ten days. This has resulted in a relapse into severe Major Depressive Disorder (DSMIV 296.34). Her symptoms include severe fatigue, irritability, marked difficulty concentrating, much difficulty taking initiative, social withdrawal, anhedonia and a depressed hopeless mood but no suicidal ideation. Ms. Bearman simply cannot stay at her desk or attend to her work: even at home, Ms. Bearman is requiring the aid of family and friends with basic demands of daily living. Therefore, she is unable to work. There are no accommodations that could be made at the present time by her employer that would result in her being able to work.

Ms. Bearman is engaged in an intensive outpatient program of psychotherapy and medication readjustment. We will certainly use other resources (eg hospitalization) if those prove to be necessary. For now, we are working on psychosocial stressors, reevaluating her medical status, and adjusting her medication--most recently, by increasing her Celexa to 30mg qd. Her past responsiveness to these interventions suggests that her condition has not become static and well stabilized (that is--there is no evidence of chronic disability). I cannot predict with great specificity how long it will be before Ms. Bearman is able to return to work but the time course of past periods required for recovery suggests that a period of 30 days out of work is a reasonable expectation.

Please let me know if you require any further information.

Sincerely,

Judith A. Nowak, MD

60