# MARTIN G. ALLEN, M.D.
2501 Calvert Street, NW
Suite 101
Washington, D.C. 20008
202-333-3833

**Education:** Yale College, New Haven, Connecticut (1957 - 1961) B.A.
New York University - Bellevue Medical School (1961 - 1965) M.D.

**Professional Training and Experience:**

- 1965-1966  Internship: St. Vincent's Hospital, New York City
- 1966-1968  Residency: Payne Whitney Clinic, New York Hospital Cornell Medical Center, New York City
- 1968-1970  Clinical Associate, Section on Twin and Sibling Studies, NIMH, Bethesda, MD
- 1968-1970  Group Psychotherapy Training Program, Washington School of Psychiatry
- 1970-1979  Candidate, Washington Psychoanalytic Institute
- 1970-1976  Assistant Professor of Psychiatry, Georgetown University Medical School
- 1971-1976  Faculty, Washington School of Psychiatry
- 1973-1978  Faculty, A.K. Rice Institute
- 1976-1980  Associate Professor of Psychiatry (with tenure) Georgetown Medical School
- 1980-1995  Faculty, Washington Psychoanalytic Institute
- 1980- present  Clinical Professor of Psychiatry, Georgetown University Medical School
- 1992- present  Faculty, National Capitol Military Residency Program
- 1993-2000  President, Behavioral Health Associates

**Professional Activities:**

Clinical Professor of Psychiatry, Georgetown University Medical School
  Department of Psychiatry –
    Director, Group Therapy Training Program (1970 - 1988)
    Teaching and supervision of residents (1970 - present)
    Director, Clinical Case Conference (1975 - 1983)
    Consultant to Student Health (1978 - 1979)
    Forensic Psychiatry faculty (1984 - 1990)
  Georgetown University Hospital –
    Clinical Director, Mental Health Unit (1974 -1978)
    Quality Assurance Committee (1974 - 1979)
    Utilization Review Committee (1975 - 1976)
    Psychiatry Audit Committee (1977 - 1982)
    Director of Psychiatry, St. Elizabeth's Medical Surgical Unit (1978 -1979)
  Georgetown University Medical School –
    Admissions Committee, Interviewer (1971 -1977)
    Committee on Faculty (1976 -1983)
    Teaching basic psychiatry to medical students (1970 -1983)
Private practice of psychiatry, psychoanalysis, group therapy (1968 - present)
Consultant, Twin Studies Program, NIMH (1970 - 1974)

Martin G. Allen, M.D.
Page 2

    Consulting Editor, Journal of Cross Cultural Psychology (1970 - 1974)
    Consultant, Fairfax Family Practice Center (1979 - 1982)
    Consultant, Washington VA Hospital (1983 - 1993)
    Washington Psychiatric Society --
        Confidentiality Committee (1973 - 1974)
        Economics and Insurance Committee (1974 - 1977), Chairman (1975 - 1976)
        Peer Review Committee (1975 - 1978) Subcommittee Chairman (1976 - 1978)
        Elected to Council (1978 - 1980)
        Ethics Committee (1985 - 1989)
    Peer Review (Utilization Review) --
        Georgetown University Hospital
            Quality Assurance Committee (1974 - 1979)
            Utilization Review Committee (1975 - 1976)
        Washington Psychiatric Society (1975 - 1978)
        Blue Cross - Blue Shield
            Committee on Physicians Services (1978 - 1986)
            Integrated Quality Cost Control Panel (1988 - 1989)
            Grievance and Appeal Committee, Advisor (1996 - 1997), Member (1997 - 2002)
        American Psychiatric Association (1980 - 1989)
        Value Behavioral Health Inc. (1985 - 1987, 1991 - 1994)
        Psychiatric Institute of Washington, Director of U.R. (1986 - 1991)
        Integrated Behavioral Care (1992-2000)
        American Day Treatment Centers (1993 - 1996)
        VA External Peer Review Program, Birch & Davis (1993 - 1999)
        Principal Behavioral Health Care, American Psych Systems (1994 - 1997)
    Washington Psychoanalytic Society --
        Committee on Finance, Co-chairman, (1981 - 1985)
        Treasurer (1983 - 1985)
        Elected to Council (1985 - 1988)
    Consultation to lawyers, govt. agencies (e.g. Federal Occupational Health) and corporations (e.g. Forensic Medical Advisory Service) re: psychiatric disability, injury and/or fitness for duty evaluations

Professional Societies:

    American Psychiatric Association, Washington Psychiatric Society (1968 - present)
    American Group Psychotherapy Association (1969 - present)
    International Association for Cross-Cultural Psychology (1972 - 1983)
    American Psychoanalytic Association (1978 - present)
    American Society of Psychoanalytic Physicians (1995 - present)
    American College of Forensic Examiners (1998 - present)

Honors:

    Graduated Yale College "cum laude"
    Fellow, American Psychiatric Association, 1976
    Distinguished Life Fellow, Am. Psychiatric Assn., 2003

Martin G. Allen, M.D.
Page 3

Military Service:

    1968 - 1970        USPHS, Senior Assistant Surgeon, NIMH, Bethesda, MD.

Licenses:

    District of Columbia        Virginia

Certification:

    American Board of Medical Examiners, 1966
    American Board of Psychiatry, 1972
    American Psychoanalytic Assn., 1980
    American Board of Disability Analysts 1997
    American Board of Forensic Medicine, 1998

Hospital Staff:

    Georgetown University Hospital