UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,        : | |
|     Plaintiff        : | |
| : | Civ. Action No. 06-0303 (GK) |
| V.        : | |
| JOHN W. SNOW,        : | |
| Secretary, Department of the Treasury,        : | |
|     Defendant        : | |

ORDER

UPON CONSIDERATION of the Defendant's Motion to Compel an Independent Mental Examination of the Plaintiff, plaintiff's opposition thereto, and the entire record in this case, it is hereby

ORDERED, that the Defendant's Motion to Compel is hereby GRANTED, and it is further

ORDERED, that plaintiff shall appear for a mental examination to be conducted by Dr. Martin G. Allen, at 2501 Calvert Street, N.W., Suite 101, Washington, D.C. 20008, and for a follow-up examination at the same location, both to take place at times and dates to be determined by the parties. The plaintiff shall answer all questions submitted by Dr. Allen that are properly incident to the examination, and shall otherwise cooperate with Dr. Allen so that the examination can be properly conducted and the plaintiff's mental condition and history can be fully and accurately evaluated.

Date: _____
UNITED STATES DISTRICT JUDGE