UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,  :  <br>        Plaintiff            :  <br>                              :   Civ. Action No. 06-0303 (GK)  <br> V.                           :  <br> JOHN W. SNOW,       :  <br> Secretary, Department of the Treasury, : <br>        Defendant         : | |

NOTICE OF FILING OF PROPOSED PROTECTIVE ORDER

    Defendant herewith files a proposed protective order with wording which has been agreed upon by both parties.

Respectfully submitted,

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970