UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | Civil Action No. <u>06-0303 (GK)</u> |
| : | |
| JOHN W. SNOW : | |
| Secretary of the Treasury, : | |
| U.S. Department of the Treasury : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO EXTEND DISCOVERY**

Plaintiff Tessa Bergman, and defendant Department of Treasury, by the undersigned counsel, respectfully request that the Court extend the discovery deadline in this case to and including March 16, 2007. In support of this motion counsel state that they have attempted to complete discovery within the time set forth in the scheduling order but have encountered difficulties with the busy schedules of experts and have been unable to complete expert depositions. The short additional time is needed to complete discovery in this case. A consent order is attached hereto.

Respectfully submitted,

_____/s/_____
John D. Quinn, Esquire
Bar No. 267302
910 16th Street, N.W., 5th Floor
Washington, D.C. 20006

Counsel for Plaintiff


_____/s/_____
Rhonda C. Fields, Esq.

Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Counsel for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | Civil Action No. <u>06-0303 (GK)</u> |
| : | |
| JOHN W. SNOW : | |
| Secretary of the Treasury, : | |
| U.S. Department of the Treasury : | |
| : | |
| Defendant. : | |

CONSENT ORDER

In consideration of the consent motion of plaintiff and defendant to extend the discovery deadline in this matter, it is this ___ day of February, 2007,

ORDERED, that the date for completion of all discovery is extended to and including March 16, 2007.

_____
Gladys Kessler
United States District Judge

_____
Rhonda C. Fields, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Counsel for Defendant


_____
John D. Quinn, Esq.
910 16th Street, N.W.
Suite 500
Washington, D.C. 20006
Counsel for Plaintiff

Case 1:06-cv-00303-GK   Document 22   Filed 02/22/2007   Page 4 of 5