WASHINGTON EXPRESS

*REALLY* we ▲ deliver!
**(800) DELIVER**

**SALE & QUINN, P.C.**
910 SIXTEENTH STREET, N.W.
FIFTH FLOOR
WASHINGTON, D.C. 20006-2992

TO:

Rhonda C. Fields
Assistant U.S. Attorneys
555 Fourth Street, N.W.
Washington, DC 20530