

**TO:**

**SALE & QUINN, P.C.**
910 SIXTEENTH STREET, N.W.
FIFTH FLOOR
WASHINGTON, D.C. 20006-2992

Rhonda C. Fields
Assistant U.S. Attorneys
555 Fourth Street, N.W.
Washington, DC 20530



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | Civil Action No. 06-0303 (GK) |
| : | |
| JOHN W. SNOW : | |
| Secretary of the Treasury, : | |
| U.S. Department of the Treasury : | |
| : | |
| Defendant. : | |

### NOTICE OF DEPOSITION DUCES TECUM

Please take notice that complainant, Tessa Bergman, by the undersigned counsel, will take the deposition of an officer(s), director(s) managing agent(s) or other person appointed by defendant to testify to the facts and circumstances set forth in Exhibit A on March 16, 2007 at 10:30 A.M. The depositions will be held at the offices of Sale & Quinn, P.C., 910 16th Street, N.W., Suite 500, Washington, D.C. 20006 and shall continue from day to day until complete. The deponent shall bring with him and produce for inspection and copying any and all documents prepared by Pam Largent referring or relating to the IRS Office of Public Liaison and Small Business Affairs and any document that refers or relates to allegations of harassment of employees or hostile work environment in the IRS Office of Public Liaison and Small Business Affairs at any time between January 1, 1999 and December 31, 2001.

Respectfully submitted,

_____
John D. Quinn
SALE & QUINN, P.C.

Exhibit A

The deponent shall testify to all facts known by, or reasonable available to defendant related to or arising from the following matters:

1. The facts and circumstances involved in and surrounding any report of Pam Largent related to or referring to the IRS Office of Public Liaison and Small Business Affairs, including all reasons why the report was prepared and all actions taken in response to the report.

2. The facts and circumstances involved in and surrounding any allegations of improper, unfair or inappropriate treatment of employees the IRS Office of Public Liaison and Small Business Affairs from January 1, 1999 to December 31, 2001, including all allegations of harassment and/or a hostile work environment.

Certificate of Service

I certify that the foregoing was served by hand delivery this 9th day of March, 2007 on Rhonda C. Fields, Assistant United States Attorneys, at 555 Fourth Street, N.W., Washington, D.C. 20530 and via facsimile and first-class mail, postage prepaid on Deanne Sobczak, 950 L'Efant Plaza, SW, 2nd Floor, Washington, D.C. 20024, Fax 202 283-7978..

John D. Quinn