## Fields, Rhonda (USADC)

**From:** Fields, Rhonda (USADC)
**Sent:** Thursday, March 15, 2007 12:57 PM
**To:** 'JDQCSQ@aol.com'
**Subject:** Objection to Notice of deposition for March 15, 2006

John,
   I found in my box a notice of deposition duces tecum for tomorrow in your office at 10:30 AM.
   My client objects to the noticed deposition.
   1. the notice calls for the production of documents. Pursuant to the Judge's scheduling order the production of documents pursuant to Rule 34 closed some time ago. Additionally, rule 34 only requires a written response within 30 days after service of the request.
   2. The envelope in which the notice was served indicates that it was received on March 12 at 1:20. Therefore the notice was not served in a timely manner, pursuant to LCvR 30.1.

   I find it disturbing that you told me you could not do a deposition of Dr. Allen on the 16 because of scheduling problems and then you slip in a notice of deposition without even contacting me to see if I'm available. Also, your request calls for preparation of an agency witness on the requested documents, which is impossible do do by the 16th.

   Please contact me. ASAP

### Fields, Rhonda (USADC)

**From:** Fields, Rhonda (USADC)
**Sent:** Thursday, March 15, 2007 1:27 PM
**To:** Fields, Rhonda (USADC); 'JDQCSQ@aol.com'
**Subject:** RE: Objection to Notice of deposition for March 16, 2006

That should read March 16. In other words, we do not intend to come unless otherwise directed by the Court

---

**From:** Fields, Rhonda (USADC)
**Sent:** Thursday, March 15, 2007 12:57 PM
**To:** 'JDQCSQ@aol.com'
**Subject:** Objection to Notice of deposition for March 15, 2006

John,
  I found in my box a notice of deposition duces tecum for tomorrow in your office at 10:30 AM.
  My client objects to the noticed deposition.
  1. the notice calls for the production of documents. Pursuant to the Judge's scheduling order the production of documents pursuant to Rule 34 closed some time ago. Additionally, rule 34 only requires a written response within 30 days after service of the request.
  2. The envelope in which the notice was served indicates that it was received on March 12 at 1:20. Therefore the notice was not served in a timely manner, pursuant to LCvR 30.1.

  I find it disturbing that you told me you could not do a deposition of Dr. Allen on the 16 because of scheduling problems and then you slip in a notice of deposition without even contacting me to see if I'm available. Also, your request calls for preparation of an agency witness on the requested documents, which is impossible do do by the 16th.

  Please contact me. ASAP

3/15/2007

### Fields, Rhonda (USADC)

**From:** Fields, Rhonda (USADC)
**Sent:** Thursday, March 15, 2007 2:05 PM
**To:** 'JDQCSQ@aol.com'
**Subject:** RE: Objection to Notice of deposition for March 16, 2006

Please send me your proof, because the envelope I have is stamped March 12 at 1:20. Also F.R.Civ.P. 5 (b) provides that "service on a party represented by an attorney is made on the attorney." I'm the attorney of record not Deanne.

**From:** JDQCSQ@aol.com [mailto:JDQCSQ@aol.com]
**Sent:** Thursday, March 15, 2007 1:51 PM
**To:** Fields, Rhonda (USADC)
**Subject:** Re: Objection to Notice of deposition for March 16, 2006

Rhonda: The notice of deposition was hand delivered to your office on Friday, March 9. I have proof of delivery by our messenger service. It was also faxed to Deanne that day, and I also can provide evidence of that.

John

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

3/15/2007

**Fields, Rhonda (USADC)**

**From:** Fields, Rhonda (USADC)
**Sent:** Thursday, March 15, 2007 2:48 PM
**To:** 'JDQCSQ@aol.com'
**Subject:** RE: Depo

no I am not proposing to do the depo next week. It is my understanding that discovery closes on the 16th and we will not consent to a motion to extend the period of discovery

**From:** JDQCSQ@aol.com [mailto:JDQCSQ@aol.com]
**Sent:** Thursday, March 15, 2007 2:15 PM
**To:** Fields, Rhonda (USADC)
**Subject:** Depo

Rhonda: I got your phone message but I can't talk due to a problematic filing deadline. Are you proposing to do the depo next week? If so we could probably submit a consent order limited to that one depo.

John

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

## Fields, Rhonda (USADC)

**From:** Fields, Rhonda (USADC)
**Sent:** Thursday, March 15, 2007 4:48 PM
**To:** 'JDQCSQ@aol.com'
**Subject:** RE: Depo

please e-mail it over

**From:** JDQCSQ@aol.com [mailto:JDQCSQ@aol.com]
**Sent:** Thursday, March 15, 2007 3:29 PM
**To:** Fields, Rhonda (USADC)
**Subject:** Re: Depo

Rhonda: They you must appear with a witness tomorrow or agree to some alternate date  You were given notice of the depo and received hand delivery of the notice on March 8 -- within the time prescribed by the rules.  I would be pleased to give you our messenger service's confirmation that the notice was hand delivered to you on March 8. I intend to have a court reporter present and make a record at 10:30 am tomorrow.

John Quinn

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

3/15/2007