UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>   Plaintiff | :<br>: |
| | :  Civ. Action No. 06-0303 (GK) |
| V. | :  03/16/07 - Discovery Closes |
| JOHN W. SNOW,<br>Secretary, Department of the Treasury,<br>   Defendant | :<br>:<br>: |

PROTECTIVE ORDER

Upon consideration of defendant's motion for a protective order, plaintiff's response, and the record in this matter, it is hereby

ORDERED that defendant's motion for a protective order directing that the plaintiff not be allowed to have discovery pursuant to her Notice for Deposition Duces Tecum is GRANTED, and defendant hereby is relieved from appearing at the deposition and from producing documents.

Date:     _____
           UNITED STATES DISTRICT JUDGE