# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TESSA E. BERGMAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-303 (GK) |
| | : | |
| **JOHN W. SNOW,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of Defendant's Motion for a Protective Order, it is hereby

**ORDERED**, that Defendant's Motion for a Protective Order directing that the Plaintiff not be allowed to have discovery pursuant to her Notice for Deposition Duces Tecum is **granted**, and Defendant hereby is relieved from appearing at the deposition and from producing documents, until this matter can be resolved with briefing.


March 16, 2007                                         /s/
                                                      Gladys Kessler
                                                      United States District Judge


**Copies via ECF to all counsel of record**