UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TESSA E. BERGMAN | : | **EXHIBIT A** |
| Plaintiff, | : | |
|  | : | |
| V. | : | Civil Action No. <u>06-0303 (GK)</u> |
|  | : | |
| JOHN W. SNOW | : | |
| Secretary of the Treasury, | : | |
| U.S. Department of the Treasury | : | |
|  | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION DUCES TECUM

Please take notice that complainant, Tessa Bergman, by the undersigned counsel, will take the deposition of an officer(s), director(s) managing agent(s) or other person appointed by defendant to testify to the facts and circumstances set forth in Exhibit A on March 16, 2007 at 10:30 A.M. The depositions will be held at the offices of Sale & Quinn, P.C., 910 16th Street, N.W., Suite 500, Washington, D.C. 20006 and shall continue from day to day until complete. The deponent shall bring with him and produce for inspection and copying any and all documents prepared by Pam Largent referring or relating to the IRS Office of Public Liaison and Small Business Affairs and any document that refers or relates to allegations of harassment of employees or hostile work environment in the IRS Office of Public Liaison and Small Business Affairs at any time between January 1, 1999 and December 31, 2001.

Respectfully submitted,

John D. Quinn
SALE & QUINN, P.C.

910 16th Street, N.W.
Suite 500
Washington, D.C. 20006
(202) 833-4170
Counsel for Plaintiff

Exhibit A

The deponent shall testify to all facts known by, or reasonable available to defendant related to or arising from the following matters:

1. The facts and circumstances involved in and surrounding any report of Pam Largent related to or referring to the IRS Office of Public Liaison and Small Business Affairs, including all reasons why the report was prepared and all actions taken in response to the report.

2. The facts and circumstances involved in and surrounding any allegations of improper, unfair or inappropriate treatment of employees the IRS Office of Public Liaison and Small Business Affairs from January 1, 1999 to December 31, 2001, including all allegations of harassment and/or a hostile work environment.

## Certificate of Service

I certify that the foregoing was served by hand delivery this 9th day of March, 2007 on

Rhonda C. Fields, Assistant United States Attorneys, at 555 Fourth Street, N.W.,

Washington, D.C. 20530 and via facsimile and first-class mail, postage prepaid on

Deanne Sobczak, 950 L'Efant Plaza, SW, 2nd Floor, Washington, D.C. 20024, Fax 202

283-7978..

_____
John D. Quinn

# Delivery Notification

**EXHIBIT B**

Our records indicate that the following order has been delivered:

Order was Placed by: MARIA

Order Number: 78189

Pickup Address:

SALE QUINN

910 16 ST NW

Washington,DC, 20006

Delivery Address:

ASST US ATTY

555 4th St NW

Washington,DC, 20001

Authorization: 6447

Delivered On: 3/9/2007 4:24:00 PM

Signed By: Haight

# CMI Manifest

WASHINGTON EXPRESS

CMI 202-347-2001
Bike A: 301-210-0679    PG: 301-210-4739    VA: 301-210-0948
Bike B: 301-210-0884    MC: 301-210-0889    Toll Free: 800-WEX-LINE

Name: Willett

Date: 3/9/07    Day: Fri    Mileage: Start _____ Finish _____ Total _____

Driver/Biker# 313

| Job# | | Delivery | Freight | Signature | Print Last Name | Time |
|---|---|---|---|---|---|---|
| 1 | hand off to ☐ Double Rush ☐ Rush ☐ R/T ___ WT ___ min | From bol Const To 1317 F | 1 Freight | Paulette Millard | | 340 |
| 2 | hand off to ☐ Double Rush ☐ Rush ☐ R/T ___ WT ___ min | From 555 11 To 1120 20 | 2 Freight | Jim Dickson | | 400 |
| 3 | hand off to ☑ Double Rush ☐ Rush ☐ R/T ___ WT ___ min | From 410 16 To 555 4 From 2000 Penn | 3 Freight | Willett | Willett 420 | |
| 4 | hand off to ☐ Double Rush ☐ Rush ☐ R/T ___ WT ___ min | To 100 F NE | 4 Freight | Lauren | | 4:57 |
| 5 | hand off to ☐ Double Rush ☐ Rush ☐ R/T 30 WT ___ min | From 150 F To 889 F1st NE | 5 Freight | Webb | Nelson | 500 |
| 6 | hand off to ☐ Double Rush ☐ Rush ☐ R/T 30 WT ___ min | From 201 Penn To 2025 M | 6 Freight | E Martin | Quintz | 545 |
| 7 | hand off to ☐ Double Rush ☐ Rush ☐ R/T ___ WT ___ min | From To | 7 Freight | | | |
| 8 | hand off to ☐ Double Rush ☐ Rush ☐ R/T ___ WT ___ min | From To | 8 Freight | | | |
| 9 | hand off to ☐ Double Rush ☐ Rush ☐ R/T ___ WT ___ min | From To | 9 Freight | | | |
| 10 | hand off to ☐ Double Rush ☐ Rush ☐ R/T ___ WT ___ min | From To | 10 Freight | | | |
| 11 | hand off to ☐ Double Rush ☐ Rush ☐ R/T ___ WT ___ min | From To | 11 Freight | | | |

Any claim for damages, loss or misdelivery must be made by a customer in writing to Washington Express within fifteen (15) days following the order date. We are not liable for: (i) any claims resulting from an act of God, the public enemy, the authority of law, or the act or default of customer; (ii) any loss, damage or delay which results when the property is stopped and held in transit for any reason; (iii) any special, consequential, or incidental damages. Liability for damages, losses, misdelivery or nondelivery shall be limited to $200 per shipment (regardless of the number of items in such shipment) unless additional insurance is specifically contracted for.



REALLY
we▴deliver!

12240 Indian Creek Court
Beltsville, MD 20705
www.WashingtonExpress.net

March 16, 2007

To Whom This May Concern:

I declare under penalty perjury that the forgoing is true
and correct. Attached is a copy of manifest of proof of
delivery item number 3.

Washington Express LLC Young

Washington Express, LLC

DC MD (301) 210-3500     VA (703) 698-4400     Toll Free (800) DELIVER     Fax (301) 419-7075

TRANSMISSION VERIFICATION REPORT

```
TIME  : 03/09/2007 16:16
NAME  : SALE QUINN
FAX   : 2028875137
TEL   : 2028334170
SER.# : BROD3J383325
```

```
DATE,TIME          03/09  16:15
FAX NO./NAME       2022837978
DURATION           00:00:57
PAGE(S)            05
RESULT             OK
MODE               STANDARD
                   ECM
```

**EXHIBIT C**

# SALE & QUINN, P.C.

910 Sixteenth Street, N.W., Fifth Floor, Washington, DC 20006-2992

## TELECOPY COVER SHEET

THIS TELECOPY TRANSMISSION CONSISTS OF ___5___ PAGES
(INCLUDING THIS COVER PAGE)

DATE: 03/09/07                    RE: _____

TO:    NAME  Deanne Sobezak          TELECOPIER NUMBER  202-283-7978

FROM:  John D. Quinn

SALE & QUINN, P.C.
Telephone:   (202) 833-4170
Telecopier:  (202) 887-5137

IF YOU DO NOT RECEIVE ALL OF THE PAGES REFERENCED ABOVE, OR IF THE PAGES
RECEIVED ARE ILLEGIBLE, PLEASE CALL (202) 833-4170.

COMMENTS: