## UNITED STATES EQUAL OPPORTUNITY EMPLOYMENT COMMISSION
### Washington, D.C.

| | |
|---|---|
| THERESA E. BEARMAN, | } |
| Complainant, | } }  } |
| v. | } } No. 00-1103 |
| PAUL H. O'NEILL, SECRETARY OF TREASURY, et al., | } } } |
| Respondents. | } } } |

## COMPLAINANT'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL

Complainant, Theresa E. Bearman, herewith submits her supplemental memorandum of law in support of this motion to compel Respondent, Paul H. O'Neill, Secretary of the Treasury, *et al.*, to produce Pamela Largent, a Department of Treasury employee, for deposition and certain documents in her possession and to present a witness to provide full and complete answers to questions posed at depositions held on March 19 and 20, 2002, and states as follows.

1.     When complainant submitted her initial memorandum of law in support of this motion to compel, she indicated that this supplemental memorandum would be filed after the relevant deposition transcripts were available.

2.     The motion to compel relates to the deposition of respondent Department of Treasury pursuant to Fed.R.Civ.P. 30(b)(6) held on March 19 and March 20, 2002. A copy of the notice of deposition is attached as Exhibit A hereto.