# DECLARATION OF DEANNE SOBCZAK

I, DEANNE SOBCZAK, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am employed as an Attorney in General Legal Services, Office of Chief Counsel, Department of the Treasury, Washington, D.C.

2. I have held this position for sixteen years.

3. My duties include representing the IRS before the Equal Employment Opportunity Commission. In this capacity, I handle all litigation matters related to complaints alleging discrimination by IRS officials.

4. I handled the EEO administrative complaint filed on February 17, 2000, by Theresa Bearman (now Tessa Bergman). In the course of litigating the administrative complaint, I responded to discovery requests submitted by Ms. Bergman.

5. During discovery, Ms. Bergman, through her attorney, requested that the IRS provide a report compiled by a former IRS employee, Pamela Largent, and also provide Ms. Largent for a deposition. The report involved a survey of employees in the Communications and Liaison Division of the IRS, regarding office procedures. The survey occurred after Ms. Bergman left the Communications and Liaison Division and the report was compiled after Ms. Bergman left the office of Communications and Liaison. Ms. Bergman left the office in March of 2000 and the report was compiled in October of 2001. The Agency objected to providing the report or Ms. Largent because neither the report nor Ms. Largent's testimony were at all relevant to the issues before the EEOC.

2

6.  In approximately June of 2002, the EEOC Administrative Judge, at the IRS's request, conducted an in camera review of the report compiled by Pam Largent.

7.  The Administrative Judge ruled that neither the report nor Ms. Largent's testimony was relevant to Ms. Bearman's complaint and ruled that the IRS was not required to provide it to the complainant.

I, Deanne Sobczak, Attorney, Office of Chief Counsel, General Legal Services, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of March, 2007.


*Deanne Sobczak*
DEANNE SOBCZAK