UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN, | : |
|     Plaintiff | : |
| | :   Civ. Action No. 06-0303 (GK) |
| V. | : |
| JOHN W. SNOW, | : |
| Secretary, Department of the Treasury, | : |
|     Defendant | : |

**ORDER**

Upon consideration of plaintiff's motion to reconsider the Court's Order granting defendant a protective order and defendant's response thereto, it is hereby

ORDERED that the plaintiff's motion is DENIED, and it is further

ORDERED that defendant's motion for a protective order is GRANTED, and the plaintiff shall not be allowed to have discovery pursuant to her Notice for Deposition Duces Tecum.

Date: _____

UNITED STATES DISTRICT COURT JUDGE