UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>    Plaintiff | :<br>: |
| | :   Civ. Action No. 06-0303 (GK) |
| V. | : |
| JOHN W. SNOW,<br>Secretary, Department of the Treasury,<br>    Defendant | :<br>:<br>: |

Notice of Sealed Filing

    Pursuant to the Protective Order entered in this matter on February 21, 2007 (Docket No. 21), the Defendant's Summary Judgement Motion and certain exhibits are being filed under seal and redacted versions are being filed in Pacer. A copy of the unredacted documents is being served on plaintiff's counsel.

    Respectfully submitted,

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970