UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,       : | |
|         Plaintiff       : | |
|                         : | Civ. Action No. 06-0303 (GK) |
| V.                      : | |
| JOHN W. SNOW,           : | |
| Secretary, Department of the Treasury, : | |
|         Defendant       : | |

ORDER

Upon consideration of Defendant's Motion for Summary Judgment, the response thereto, and the entire record in this matter, it is hereby

ORDERED that the defendant's motion is Granted.

Date: _____
UNITED STATES DISTRICT COURT JUDGE