# 2007 Dr. Nowak Depo
FILED UNDER SEAL