# Dr. Nowak Notes
## FILED UNDER SEAL

Case 1:06-cv-00303-GK   Document 31-8   Filed 05/01/2007   Page 2 of 2