UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TESSA E. BERGMAN,            :
    Plaintiff                :
                             :  Civ. Action No. 06-0303 (GK)
V.                           :
                             :
JOHN W. SNOW,                :
Secretary, Department of the Treasury,  :
    Defendant            :

ERRATA

Defendant respectfully submits the following exhibits which inadvertently were not filed with defendant's motion for summary judgment.

1. November 25, 2003 EEO Hearing Decision ("Hearing Decision");

2. Department of the Treasury, Internal Revenue Service and Department of the Treasury, Office of Chief Counsel, Internal Revenue Service, and National Treasury Employees Union, 56 FLRA No. 76 (2000) (Attachment 2);

3. Treasury Order 107-07 (Attachment 3).

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970