**BY ORDER OF THE SECRETARY OF THE TREASURY**

**TREASURY ORDER** 107-07

Date: January 27, 2006

Sunset Review:

**SUBJECT:** Personnel Authority over Personnel Employed by the Office of the Chief Counsel, Internal Revenue Service

By virtue of my authority as Secretary of the Treasury, including the authority contained in 5 U.S.C. 302(b), 26 U.S.C. 7801, 7804, 31 U.S.C. 301(b), (f), and 321(b), it is hereby ordered that:

1. Personnel authority over personnel employed by the Office of the Chief Counsel, Internal Revenue Service, is hereby delegated to the General Counsel, subject to any limitations and requirements established by the Assistant Secretary (Management) under Treasury Order 102-01 (or successor order). The authority hereby delegated includes, but is not limited to, taking any action pertaining to the appointment, classification, promotion, demotion, reassignment, transfer, or separation of such employees..

2. The authority delegated by this Order may be redelegated by the General Counsel. Any such redelegation shall be in writing.

3. This Order supersedes any contrary provisions contained in Treasury Orders 107-04, The General Counsel, dated July 25, 1989; and 150-10, Delegation of Responsibility for Internal Revenue Laws, dated April 22, 1982; or successor orders.

4. Treasury Order 107-07, Personnel Authority over Personnel Employed by the Office of the Chief Counsel, Internal Revenue Service, dated May 4, 1999, is hereby rescinded.

/S/

John W. Snow

Secretary of the Treasury