UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>    Plaintiff | :<br>: |
| | :   Civ. Action No. 06-0303 (GK) |
| V. | : |
| JOHN W. SNOW,<br>Secretary, Department of the Treasury,<br>    Defendant | :<br>:<br>: |

ORDER

Upon consideration of plaintiff's motion for partial summary judgment, and the opposition thereto, it is hereby

ORDERED that plaintiff's motion is DENIED.

Date: _____

                                      UNITED STATES DISTRICT COURT JUDGE