DEC 2 1999

Dr. Neal L. Presant, M.D.
Occupational Medicine Consultant
Federal Occupational Health
4350 East West Highway, 3rd Floor
Bethesda, Maryland 20814

Dear Dr. Presant,

Pursuant to your letter of November 15, 1999, to Kathy King, Reasonable Accommodation Specialist, in the Equal Opportunity and Organizational Management Office, attached are documents and all of the information contained in this Agency's files concerning Theresa Bearman. You requested additional information and data regarding her work history and performance so that you could render a recommendation on her reasonable accommodation request.

Due to the urgency of this case and some extenuating circumstances, I am requesting that you expedite this request and provide your recommendation on the subject case by close of business on Friday, December 3, 1999, or no later than Tuesday, December 7, 1999.

If you have any further questions regarding this request, please contact me on (202) 622-4595. Your consideration in this matter is deeply appreciated.

Sincerely,

Joan C. McIver
Acting Chief
Headquarters Labor Relations Section

Enclosures



EXHIBIT
12-2-99
McIver Ltr