UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TESSA E. BERGMAN, :
    Plaintiff :
: Civ. Action No. 06-0303 (GK)
V. :
JOHN W. SNOW, :
Secretary, Department of the Treasury, :
    Defendant :

## DECLARATION OF NEAL L. PRESANT

I, Neal L. Presant, MD, hereby declare and state the following:

1. I am a consultant with the Department of Health and Human Services.

2. My medical speciality is occupational medicine. I do not specialize in psychiatry or psychology.

3. I prepared the December 3, 1999 letter to Ms. Joan McIver concerning the request that Ms. Bearman receive an accommodation.

4. Prior to issuing the December 3, 1999 letter, I did not examine Ms. Bearman, nor was I given any underlying medical or psychiatric information concerning Ms. Bearman such as medical charts or notes.

5. The information available to me were Dr. Nowak's letters dated October 11 and October 21, 1999, and a letter, with attachments, from Ms. Bearman's attorneys dated October 22, 1999. I also had approximately two telephone conversations with Dr. Nowak.

6. I accepted Dr. Nowak's letters at face value. I did no independent assessment of Ms. Bearman's condition.

1

7. Based on the limited information available to me at that time I found it plausible that a major contributor to Ms. Bearman's depression was low self-esteem resulting from being in a position in which the required work product was not commensurate with her training and capabilities.

8. At the time I issued the December 3, 1999 letter, I was working under the assumption that the IRS had transferred Ms. Bearman from an attorney position to a non-attorney position.

In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 10, 2007        _____
                                Neal L. Presant