### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br> : <br> Plaintiff, : <br> : Civil Action No. <u>06-0303 (GK)</u> <br> v. : <br> : <br> HENRY M. PAULSON, JR. : <br> SECRETARY OF THE TREASURY : <br> : <br> Defendant. : | |

### CONSENT MOTION FOR EXTENSION OF TIME
### TO FILE OPPOSITION AND REPLY BRIEFS

Plaintiff Tessa Bergman, by the undersigned counsel, respectfully submits her motion for additional time, to and including May 21, 2007, for plaintiff to file a memorandum of law in opposition to defendant's motion for summary judgment and to file any reply memorandum to defendant's opposition to plaintiff's motion for summary judgment.  As support for this motion, counsel for plaintiff states that he has been engaged in a trial and has had other immediate court deadlines that have taken his full time and attention, necessitating this request for additional time.  Counsel for defendant, Rhonda Fields, Esq., has consented to this motion, and a consent order is attached hereto.

Respectfully submitted,

SALE & QUINN, P.C.

_____/s/_____
John D. Quinn, Esq., Bar No. 267302
Stephen Sale
910 16th Street, N.W., 5th Floor
Washington, D.C. 20006
Tel:  (202) 833-4170
Fax: (202) 887-5137
Counsel for Plaintiff

May 14, 2007

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TESTA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br> : <br> Plaintiff, : <br> : Civil Action No. <u>06-0303 (GK)</u> <br> v. : <br> : <br> HENRY M. PAULSON, JR. : <br> SECRETARY OF THE TREASURY : <br> : <br> Defendant. : | |

**CONSENT ORDER**

In consideration of the motion of plaintiff Tessa Bergman for additional time to file briefs in opposition to defendant's motion for summary judgment and in reply to defendant's opposition to plaintiff's motion for summary judgment and in consideration of the representation of counsel for plaintiff that counsel for defendant consents to the granting of this motion, it is hereby ORDERED:

That the motion is granted and that plaintiff shall file her memorandum of law in opposition to defendant's motion for summary judgment and any reply to defendant's memorandum of law in opposition to plaintiff's motion for summary judgment on or before May 21, 2007.

_____
Gladys Kessler
United States District Judge

Copies to:

John D. Quinn, Esq.
Sale & Quinn, P.C.
910 16th Street, N.W.
5th Floor
Washington, DC  20006

Rhonda C. Fields, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530

Deanne Sobczak, Esq.
950 L'Efant Plaza, S.W.
2nd Floor
Washington, DC 20024