### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. <u>06-0303 (GK)</u> |
| v. | : |
| | : |
| HENRY M. PAULSON, JR. | : |
| SECRETARY OF THE TREASURY | : |
| | : |
| Defendant. | : |

### NOTICE OF FILING

Plaintiff Tessa E. Bergman, by the undersigned counsel, herewith submits Exhibits #H-K to her Memorandum Of Law In Opposition To Defendant's Motion For Summary Judgment and Exhibits #H-K to her Memorandum Of Points And Authorities In Reply To Defendant's Memorandum Of Points And Authorities In Opposition To Plaintiff's Motion For Partial Summary Judgment, which are attached thereto and incorporated therein. These documents are filed under seal pursuant to Protective Order #24. This notice should be linked to documents #55 and #56 filed electronically yesterday in this matter.

                                                               Respectfully submitted,

                                                               _____/ss/_____
                                                               John D. Quinn, Esq,
                                                               Stephen Sale, Esq.
                                                               Sale & Quinn, P.C.
                                                               910 16th Street, N.W., Suite 500
                                                               Washington, DC  20006
                                                               Tel:  (202) 833-4170
                                                               Fax: (202) 887-5137

                                                               Counsel for Plaintiff

May 22, 2007

Certificate of Service

I hereby certify that the foregoing was served via first-class mail, postage prepaid, this 22nd day of May, 2007, on Rhonda C. Fields, Assistant United States Attorney, 555 Fourth Street, N.W., Washington, DC, 20530, and on Deanne Sobczak, 950 L'Enfant Plaza, S.W., 2nd Floor, Washington, DC, 20024.

_____
John D. Quinn