UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>    Plaintiff | :<br>:<br>: |
| V. | :    Civ. Action No. 06-0303 (GK)<br>:    06/26/07 – Pretrial Conference |
| JOHN W. SNOW,<br>Secretary, Department of the Treasury,<br>    Defendant | :<br>:<br>: |

CONSENT MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT'S REPLY

Defendant respectfully submits this consent motion for an extension of time to June 11, 2007, in which to file its reply to plaintiff's opposition to defendant's motion for summary judgment.

On May 22, 2007, plaintiff filed a 46- page opposition to defendant's summary judgment motion. Two sealed exhibits to plaintiff's opposition, K and L, apparently through inadvertence, were neither filed nor sent to defendant. Plaintiff is supposed to fax them to defendant on May 31, 2007.

Pursuant to the Federal Rules of Civil Procedure, Rule 6, defendant's reply would have been due on June 4, 2007, if plaintiff had made a complete filing on May 22. Defendant will be unable to file its reply on June 4, due to other conflicting assignments, including another reply to a summary judgment motion filed on May 25, 2007, and due to its lack of access to exhibits K and L prior to May 31.

This is defendant's first request for an extension of time to file its reply. Counsel for plaintiff has been contacted, and he has consented to this motion.

1

Therefore, defendant respectfully requests that its motion be granted.

                Respectfully submitted,

                _____
                JEFFREY A. TAYLOR, D.C. Bar #498610
                United States Attorney

                _____
                RUDOLPH  CONTRERAS, D.C. Bar #434122
                Assistant United States Attorney

                _____
                RHONDA C. FIELDS
                Assistant United States Attorney
                Civil Division
                555 Fourth Street, N.W.
                Washington, D.C.  20530
                202/514/6970