## Fields, Rhonda (USADC)

**From:** JDQCSQ@aol.com
**Sent:** Thursday, May 31, 2007 12:16 PM
**To:** Fields, Rhonda (USADC)
**Subject:** Re: Bergman

Rhonda: there were actually two exhibits K and L that were inadvertently omitted, so I am refiling them with the court. Copies will be faxed to you soon.

*John D. Quinn*
*Sale & Quinn, P.C.*
*910 16th Street, N.W.*
*Suite 500*
*Washington, D.C. 20006*
*Tel: (202) 872-4715*
*Fax: (202) 887-5137*

See what's free at AOL.com.