**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TESSA E.  BERGMAN,                                    :
          Plaintiff                                    :
                                   :     Civ. Action No. 06-0303 (GK)
V.                                                   :
JOHN W. SNOW,                                        :
Secretary, Department of the Treasury,               :
          Defendant

ORDER

Upon consideration of the consent motion requesting an extension of time to June 11,

2007 in which defendant may file its reply, it is hereby

ORDERED that defendant shall file its reply on or before June 11, 2007.

Date: _____

_____
UNITED STATES DISTRICT COURT JUDGE