# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | : | |
| TESSA E. BERGMAN | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. <u>06-0303 (GK)</u> |
| v. | : | |
| | : | |
| HENRY M. PAULSON, JR. | : | |
| SECRETARY OF THE TREASURY | : | |
| | : | |
| Defendant. | : | |

<u>AMENDED NOTICE OF FILING</u>

Plaintiff Tessa E. Bergman, by the undersigned counsel, submitted a Notice of Filing on June 1, 2007 (document #39), submitting under seal Exhibits #H-L to her Memorandum Of Law In Opposition To Defendant's Motion For Summary Judgment (document #35) and Exhibits #H-L to her Memorandum Of Points and Authorities In Reply To Defendant's Memorandum Of Points and Authorities In Opposition To Plaintiff's Motion For Partial Summary Judgment (document #36). These documents were filed under seal pursuant to Protective Order #24. This is a correction to the Notice of Filing of June 1, 2007, which mistakenly linked the documents filed under seal to documents #55 and #56 instead of the correct link to documents #35 and #36. We apologize for this oversight.

Respectfully submitted,


_____/ss/_____
John D. Quinn, Esq,
Stephen Sale, Esq.
Sale & Quinn, P.C.
910 16th Street, N.W., Suite 500
Washington, DC  20006
Tel:  (202) 833-4170
Fax: (202) 887-5137

Counsel for Plaintiff

June 5, 2007