UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>    Plaintiff | :<br>: |
| | : Civ. Action No. 06-0303 (GK) |
| V. | : 12/15/06 – Proponent Discovery Closes |
| JOHN W. SNOW, | : 01/31/07 - Status Conference |
| Secretary, Department of the Treasury, | : 03/01/07 - Discovery Closes |
|     Defendant | : |

CONSENT MOTION FOR TERMINATION OF MEDIATION

The parties respectfully submit this consent motion to terminate mediation. Since the last mediation meeting, the parties have conferred and it is clear that the parties will not be able to reach a settlement agreement. Therefore, it is respectfully requested that the mediation be terminated and that the mediation hearing set for June 12, 2007 be cancelled..

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

**SO ORDERED**.

Date: _____
UNITED STATES MAGISTRATE JUDGE

Case 1:06-cv-00303-GK    Document 42    Filed 06/12/2007    Page 2 of 2