UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN, : | |
|     Plaintiff : | |
| : | Civ. Action No. 06-0303 (GK)(DR) |
| V. : | |
| JOHN W. SNOW, : | |
| Secretary, Department of the Treasury, : | |
|     Defendant : | |

ORDER

Upon consideration of the parties's motion to terminate mediation, it is hereby

ORDERED that the mediation is hereby terminated and that the mediation hearing set for June 12, 2007 is cancelled.

**SO ORDERED**.

Date: _____
                                      UNITED STATES MAGISTRATE JUDGE