UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESTA E. BERGMAN : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | Civil Action No. 06-0303 (GK) |
| : | |
| HENRY M. PAULSON, JR. : | |
| Secretary of the Treasury, : | |
| U.S. Department of the Treasury : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO CONTINUE PRE TRIAL**

Plaintiff Tessa Bergman, and defendant Department of Treasury, by the undersigned counsel, respectfully request that the Court continue the pre trial conference scheduled in this case for June 25, 2007 until after the Court has issued a decision on the pending motions for summary judgment. A consent order is attached hereto.

Respectfully submitted,

_____/s/_____
John D. Quinn, Esquire
Bar No. 267302
910 16th Street, N.W., 5th Floor
Washington, D.C. 20006

Counsel for Plaintiff


_____/s/_____
Rhonda C. Fields, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Counsel for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TESSA E. BERGMAN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. <u>06-0303 (GK)</u> |
| | : | |
| HENRY M. PAULSON, JR. | : | |
| Secretary of the Treasury, | : | |
| U.S. Department of the Treasury | : | |
| | : | |
| Defendant. | : | |

CONSENT ORDER

In consideration of the consent motion of plaintiff and defendant to continue the pre trial conference in this case, it is this ___ day of June, 2007,

ORDERED, that the pre trial conference is continued until further order of the Court to be issued after the Court has ruled on the pending motions for summary judgment.

_____
Gladys Kessler
United States District Judge

_____
Rhonda C. Fields, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Counsel for Defendant


_____
John D. Quinn, Esq.
910 16th Street, N.W.
Suite 500
Washington, D.C. 20006
Counsel for Plaintiff

Case 1:06-cv-00303-GK    Document 43    Filed 06/18/2007    Page 4 of 4