UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TESSA E. BERGMAN, :
  :
      Plaintiff, :
  :
    v. : Civil Action No. 06-303 (GK)
  :
HENRY M. PAULSON, JR., :
  :
      Defendant. :

## ORDER

Plaintiff and Defendant have moved to continue the Pretrial Conference in this case scheduled for June 26, 2007 at 4:15 p.m. until after the Court has ruled on the pending Motions for Summary Judgment. Having looked at those Motions, the Court does not believe that such a continuance is necessary. The Pretrial Conference will remain on the calendar for **June 26, 2007**, but be moved up to **3:45 p.m.** Clients are not to be present.

June 20, 2007                                        /s/
                                                                   Gladys Kessler
                                                                   United States District Judge

**Copies via ECF to all counsel of record**