**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TESSA E. BERGMAN | **:** | |
| | **:** | |
| Plaintiff, | **:** | |
| | **:** | |
| V. | **:** | Civil Action No. <u>06-0303 (GK)</u> |
| | **:** | |
| HENRY M. PAULSON, JR. | **:** | |
| Secretary of the Treasury, | **:** | |
| U.S. Department of the Treasury | **:** | |
| | **:** | |
| Defendant. | **:** | |

**CONSENT MOTION TO CONTINUE PRETRIAL CONFERENCE**

Plaintiff Tessa Bergman and defendant Department of the Treasury, by the undersigned counsel, respectfully request that the Court continue the pretrial conference presently scheduled in this case for June 26, 2007, for one week to allow the parties additional time to submit a joint pretrial statement.

Counsel deferred preparing a joint pretrial statement in anticipation that the pretrial conference would be continued until after the pending summary judgment motions were resolved. On June 20, 2007, the Court issued an order denying the parties' consent motion to continue the pretrial conference until after the Court issued a decision on the pending motions. Because the parties did not begin working on the joint pretrial statement until after the Court's order of June 20, 2007, the parties request a brief one-week extension to July 3, 2007 in order to complete and file a pretrial statement before the pretrial conference. A consent order is attached hereto.

Respectfully submitted,

_____/s/_____

John D. Quinn, Esquire
Bar No. 267302
910 16th Street, N.W., 5th Floor
Washington, D.C. 20006

Counsel for Plaintiff


_____/s/_____
Rhonda C. Fields, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Counsel for Defendant

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TESSA E. BERGMAN | **:** | |
| | **:** | |
| Plaintiff, | **:** | |
| | **:** | |
| V. | **:** | Civil Action No. <u>06-0303 (GK)</u> |
| | **:** | |
| HENRY M. PAULSON, JR. | **:** | |
| Secretary of the Treasury, | **:** | |
| U.S. Department of the Treasury | **:** | |
| | **:** | |
| Defendant. | **:** | |

### CONSENT ORDER

In consideration of the consent motion of plaintiff and defendant to continue the pretrial

conference in this case,  it is this ___ day of June, 2007,

ORDERED, that the pretrial conference is continued until July 3, 2007.  The parties shall

submit a joint pretrial statement by _____.


_____
Gladys Kessler
United States District Judge


Rhonda C. Fields, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Counsel for Defendant

John D. Quinn, Esq.
910 16th Street, N.W.
Suite 500
Washington, D.C. 20006
Counsel for Plaintiff