## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN : | |
| : | |
| Plaintiff, : | |
| : | |
| V.  : | Civil Action No. 06-0303 (GK) |
| : | |
| HENRY M. PAULSON, JR. : | |
| Secretary of the Treasury, : | |
| U.S. Department of the Treasury : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO CONTINUE PRETRIAL CONFERENCE**

Plaintiff Tessa Bergman and defendant Department of the Treasury, by the undersigned counsel, respectfully request that the Court continue the pretrial conference presently scheduled in this case for July 3, 2007, to July 16, 2007. The reason for this request for continuance is that counsel for Plaintiff had scheduled an out of town business trip on July 3 before the Court issued its order on June 29, 2007 scheduling the July 3, 2007 pretrial conference. A consent order is attached hereto.

                                                              Respectfully submitted,

                                                              _____/s/_____
                                                              John D. Quinn, Esquire
                                                              Bar No. 267302
                                                              910 16th Street, N.W., 5th Floor
                                                              Washington, D.C. 20006

                                                              Counsel for Plaintiff


                                                              _____/s/_____
                                                               Rhonda C. Fields, Esq.
                                                              Assistant United States Attorney
                                                              555 Fourth Street, N.W.

Washington, D.C. 20530

Counsel for Defendant

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TESSA E. BERGMAN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. <u>06-0303 (GK)</u> |
| | : | |
| HENRY M. PAULSON, JR. | : | |
| Secretary of the Treasury, | : | |
| U.S. Department of the Treasury | : | |
| | : | |
| Defendant. | : | |

## CONSENT ORDER

In consideration of the consent motion of plaintiff and defendant to continue the pretrial conference in this case, it is this ___ day of June, 2007,

ORDERED, that the pretrial conference is continued until July 16, 2007 at _____.

_____
Gladys Kessler
United States District Judge


Rhonda C. Fields, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Counsel for Defendant

John D. Quinn, Esq.
910 16th Street, N.W.
Suite 500
Washington, D.C. 20006
Counsel for Plaintiff

Case 1:06-cv-00303-GK    Document 48    Filed 06/29/2007    Page 4 of 4