IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TESSA E. BERGMAN                        :
(formerly Theresa E. Bearman)           :
                                        :
        Plaintiff,                      :
                                        :   Civil Action No. 06-0303 (GK)
v.                                      :   July 16, 2007
                                        :
JOHN W. SNOW                            :
                                        :
        Defendant.                      :

**CONSENT MOTION TO EXTEND PRETRIAL FILING**

Plaintiff Tessa Bergman, and defendant Department of Treasury, by the undersigned counsel, respectfully request that the Court extend the pretrial filing deadline in this case from 12:00 noon on July 2, 2007 to 8:00 p.m. on July 2, 2007.  In support of this motion, counsel state that they are working diligently and cooperatively to incorporate their portions into the pretrial statement and to complete stipulations, but they have been unable to conclude preparation by noon today.  The additional hours are needed to correct formatting errors incurred in translating from Word to Word Perfect, complete proofreading, and obtain client final approval.   A consent order is attached.

                                        Respectfully submitted,

                                        _____/s/_____
                                        John D. Quinn, Esq.
                                        Stephen Sale, Esq.
                                        Bar No. 267302
                                        910 16th Street, N.W., 5th Floor
                                        Washington, D.C. 20006

                                        _____/s/_____
                                        Rhonda C. Fields, Esq.
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
July 2, 2007                            Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TESSA E. BERGMAN                              :
(formerly Theresa E. Bearman)                 :
                                              :
      Plaintiff,                            :
                                              :   Civil Action No. 06-0303 (GK)
      v.                                    :   July 16, 2007
                                              :
JOHN W. SNOW                                  :
                                              :
      Defendant.                            :
                                              :

## CONSENT ORDER EXTENDING PRETRIAL STATEMENT FILING

In consideration of the consent motion of plaintiff and defendant to extend the time for filing the pretrial statement in this case from 12 noon to 8:00 p.m. on July 2, 2007,

It is this ___ day of July, 2007,

ORDERED, that the deadline for completion and filing of the pretrial statement is extended to 12 noon to 8:00 p.m. on July 2, 2007.

_____
Gladys Kessler
United States District Judge