## DEFENDANT'S EXHIBIT LIST
## <u>BERGMAN V. SNOW, CIVIL NO. 06-0303</u>

| Exhibit No. | Document Date | Document Description and Page Number |
|---|---|---|
| 1 | 4/13/00 | Letter by Theresa E. Bearman transmitting letter from Dr. Judith Nowak re: major depressive episode is a form of clinical depression, pages 11-13. |
| 2 | 4/12/00 | Note from Theresa E. Bearman re: November 19, 1999 memo from her manager threatening disciplinary action if payment not made on arrearage by December 10, page 14. |
| 3 | 4/11/00 | Note from Theresa E. Bearman that her supervisor monitored her phone calls and use of the Internet 12/23/99, page 15. |
| 4 | 12/15/99 | EEO Counseling Report – Individual Complaint, Part I (showing Initial Contact ), page 18. |
| 5 | 1/4/00 | Memo from Barry Fulcher re: request for reasonable medical accommodation for transfer from program analyst to attorney position, page 22. |
| 6 | 1/19/00 | Reminder to Managers Regarding Chief Counsel Applicants that Chief Counsel employees not internal applicants for IRS vacancy announcements, page 23. |
| 7 | 1/4/00 | Memo from Barry Fulcher re: request for reasonable medical accommodation for transfer from program analyst to attorney position, page 25. |
| 8 | 12/13/99 | Letter from Theresa E. Bearman to Office of the Chief Counsel-IRS re: application for attorney-adviser, page 26. |
| 9 | Undated | Resume for Theresa E. Bearman, page 27. |
| 10 | 11/9/99 | Vacancy announcement for attorney-adviser (tax), pages 29-31. |
| 11 | 12/1/99 | Letter from Barry Fulcher to Theresa Bearman re: Because all sick, annual, and advance sick leave have been exhausted, any additional leave request beyond 240 hours cannot be granted, page 41. |

## DEFENDANT'S EXHIBIT LIST
## <u>BERGMAN V. SNOW, CIVIL NO. 06-0303</u>

| | | |
|---|---|---|
| 12 | 12/7/99 | Fax letter from Theresa Bearman to Barry Fulcher re: request for advanced religious comp time to end on 12/11/99, page 42. |
| 13 | 12/9/99 | Letter from Barry Fulcher to Theresa Bearman re: request for religious compensatory time denied, page 43. |
| 14 | 12/16/99 | Memorandum from Terri Bearman to Barry Fulcher re: asking for reconsideration of denial of religious leave because attached leave statements show a balance of 3 hours for 1998 and 15 hours for 1999, page 44. |
| 15 | 10/22//99 | Letter from Kalijarvi, Chuzi & Newman, P.C., to Neil Presant re: accommodation of job restructuring for Theresa Bearman can return to work, pages 56, 57. |
| 16 | Undated | Last page of letter, saying, "We appreciate your attention in this matter," signed by Francine K. Weiss, page 58. |
| 17 | 10/11/99 | Letter from Judith Nowak to Neil Presant re: Theresa Bearman needs a medical leave of absence, pages 59-60. |
| 18 | 10/21/99 | Letter from Judith Nowak to Neil Presant re: Theresa Bearman needs job restructuring by transferring to Chief Counsel's office, page 61. |
| 19 | 11/15/99 | Letter from Francine K. Weiss of Kalijarvi, Chuzi & Newman, P.C., to David Williams, chief Communications & Liaison, re: status of Theresa Bearman's accommodation request, pages 62-63. |
| 20 | 11/19/99 | Letter from Barry Fulcher to Theresa Bearman re: Bearman owes IRS $1,271.86, page 64. |
| 21 | 12/9/99 | Personal check from Theresa Bearman to IRS for $1,271.86, page 65. |
| 22 | 11/23/99 | Letter from Joan McIver to Francine K. Weiss of Kalijarvi, Chuzi & Newman, P.C. re: additional information on Theresa Bearman's work history for accommodation request, page 66. |

## DEFENDANT'S EXHIBIT LIST
## <u>BERGMAN V. SNOW, CIVIL NO. 06-0303</u>

| | | |
|---|---|---|
| 23 | 11/24/99 | Letter from Francine K. Weiss of Kalijarvi, Chuzi & Newman, P.C., to Joan McIver re: requested information for accommodation request, pages 67-68. |
| 24 | 12/1/99 | Letter from Barry Fulcher to Theresa Bearman re: Because all sick, annual, and advance sick leave have been exhausted, any additional leave request beyond 240 hours cannot be granted, page 69. |
| 25 | 12/3/99 | Letter from Judith Nowak to Joan McIver re: six-hour work day for Theresa Bearman, page 73. |
| 26 | 12/7/99 | Fax letter from Theresa Bearman to Barry Fulcher re: request for advanced religious comp time to end on 12/11/99, page 74. |
| 27 | 12/9/99 | Letter from Barry Fulcher to Theresa Bearman re: request for religious compensatory time denied, page 76. |
| 28 | 12/16/99 | E-mail from Barry Fulcher to Terri Bearman re: Placement on Absent Without Leave for 12/13, 12/14, and 12/15/99 because of failure to obtain approval, page 91. |
| 29 | 12/21/99 | Letter from Judith Nowak to Barry Fulcher re: Theresa Bearman cannot perform at full performance level at work, pages 92-93. |
| 30 | 8/31/00 | Affidavit of Theresa E. Bearman describing retaliation for requesting reasonable accommodation under the Rehabilitation Act of 1973, pages 113-116. |
| 31 | 1999 | Application for Leave under the Family and Medical Leave Act by Theresa E. Bearman, page 146. |
| 32 | 12/21/99 | Department of Labor Certification of Physician for Theresa Bearman: diagnosis, major depressive disorder, page 147, 148. |
| 33 | Undated | E-mail from Terri Bearman to Barry Fulcher re: explanation for using Family and Medical Leave, page 150. |

## DEFENDANT'S EXHIBIT LIST
## <u>BERGMAN V. SNOW, CIVIL NO. 06-0303</u>

| 34 | 1/16/00 | Letter from Terri Bearman to Barry Fulcher re: might need extension of deadline for return to work date and request for reasonable accommodation by transfer to attorney-adviser position, page 163. |
|---|---|---|
| 35 | 1/21/00 | Letter from Judith Nowak to Neil Presant re: Theresa Bearman should not return to work until request for reasonable accommodation acted upon, page 164. |
| 36 | 1/30/00 | Letter from Terri Bearman to Barry Fulcher re: return to work after request for reasonable accommodation acted upon, otherwise, she will take matter to House Ways and Means Oversight Committee, pages 165, 166. |
| 37 | 1/12/00 | Letter from Barry Fulcher to Theresa Bearman re: explanation for placement on administrative leave and update on actions IRS is taking for reasonable accommodation request, pages167-168. |
| 38 | 1/10/00 | Fax transmittal sheet from Terri Bearman to Barry Fulcher re: confirmation that Berarman was placed on administrative leave on 1/6/00. |
| 39 | 10/3/99 | E-mail from Barry Fulcher to Terri Bearman to re: office procedures on signing out when away from desk and office time and attendance procedures and guidelines, page 171. |
| 40 | 10/5/99 | Memorandum from Sue Sottlie re: Office Time and Attendance Procedures/Guidelines, page 172. |
| 41 | 1/19/99 | Office of Public Liaison and Small Business Affairs time and Attendance Procedures, pages 173-174. |
| 42 | 12/15/99 | Letter from Terri to Barry re: reference to letter from doctor explaining need for flexibility for attendance, pages 175-176. |
| 43 | 10/5/99 | Memorandum from Sue Sottlie re: Office Time and Attendance Procedures/Guidelines, page 177. |
| 44 | 1/19/99 | Office of Public Liaison and Small Business Affairs time and Attendance Procedures, pages 178-179. |

## DEFENDANT'S EXHIBIT LIST
## <u>BERGMAN V. SNOW, CIVIL NO. 06-0303</u>

| | | |
|---|---|---|
| 45 | 11/19/99 | Letter from Barry Fulcher to Theresa Bearman re: Bearman owes IRS $1,271.86, page 189. |
| 46 | Undated | Personal check from Theresa Bearman to IRS for $1,271.86, received 12/9/99 by Nancy Greene, checks from Theresa E. Bearman to IRS for $50 and $1,271.86, including back of two checks, pages 190-192. |
| 47 | 10/22/99 | Letter from Kalijarvi, Chuzi & Newman, P.C., to Neil Presant re: accommodation of job restructuring for Theresa Bearman can return to work, pages 195-197. |
| 48 | 10/11/99 | Letter from Judith Nowak to Neil Presant re: Theresa Bearman needs a medical leave of absence, pages 198-199. |
| 49 | 10/21/99 | Letter from Judith Nowak to Neil Presant re: Theresa Bearman needs job restructuring by transferring to Chief Counsel's office, page 200. |
| 50 | 3/7/00 | Letter from Barry Fulcher to Theresa Bearman re: IRS unable to restructure current position to include the full-time practice of law, pages 223-224. |
| 51 | 12/3/99 | Letter from Dr. Neal Presant to Joan McIver recommending granting of Theresa Bearman's request page 280. |
| 52 | 12/8/99 | Fax cover sheet from Joan McIver to Kathy Gloner, page 281. |
| 53 | 11/15/99 | Fax cover sheet from Deal Presant, page 282. |
| 54 | 11/15/99 | Letter from Dr. Neal Presant to Kathy King re: needs to know why Theresa Bearman left or was removed from previous legal position to determine whether providing a legal job would be a reasonable accommodation, page 283. |
| 55 | 10/26/99 | Letter from Dr. Neal Presant to Madeline Mendola re: Theresa Bearman's accommodation request to go to IRS via Bearman's lawyer, page 284. |

DEFENDANT'S EXHIBIT LIST
<u>BERGMAN V. SNOW, CIVIL NO. 06-0303</u>

| 56 | 11/16/99 | Fax cover sheet from Kathy King to Joan McIver re: Letter from Dr. Neal Presant to Kathy King re: needs to know why Theresa Bearman left or was removed from previous legal position to determine whether providing a legal job would be a reasonable accommodation, page 285-286. |
|---|---|---|
| 57 | 4/28/94 | Job description for management/program analyst, pages 303-307. |
| 58 | 3/12/07 | Deposition transcript of Tessa E. Bergman, |
| 59 | 12/15/99 | E-mail from Barry Fulcher to Terri Bearman to re: office procedures on signing out when away from desk and office time and attendance procedures and guidelines, page 1. |
| 60 | 10/11/99 | Letter from Judith Nowak to Neil Presant re: Theresa Bearman needs a medical leave of absence, no numbers. |
| 61 | 10/29/99 | Fax cover sheet from Dr. Neal Presant to Kathy King transmitting letters from Francine Weiss, Judith Nowak, Neal Presant, Susanne Sottlie, and a Memorandum to Request Leave Donations, 7 of 13. |
| 62 | 11/15/99 | Letter from Dr. Neal Presant to Kathy King re: needs to know why Theresa Bearman left or was removed from previous legal position to determine whether providing a legal job would be a reasonable accommodation, page 8. |
| 63 | 11/23/99 | Letter from Judith Nowak to Neil Presant re: page 9. |
| 64 | 11/26/99 | Letter from Neal Presant to Madeline Mendola re: Dr. Nowak recommends one more month of leave for Theresa Bergman, page 10. |
| 65 | 12/1/99 | Letter from Barry Fulcher to Theresa Bearman re: Because all sick, annual, and advance sick leave have been exhausted, any additional leave request beyond 240 hours cannot be granted, page 11. |
| 66 | 12/2/99 | Letter from Joan McIver to Neal Presant re: expedite recommendation and provide by 12/3/99, or no later than 12/7/99, 12. |

## DEFENDANT'S EXHIBIT LIST
## BERGMAN V. SNOW, CIVIL NO. 06-0303

| 67 | 11/99 | Calendar for November 1999. |
|----|-------|------------------------------|
| 68 | 7/21/00 | 56 FLRA 486 |
| 69 | misc dates | Treasury Orders re Hiring Authority |
| 70 | 10/7/99 | Memo from Judith Nowak re: Terri Bearman. Bearman is temporarily unable to work, 1. |
| 71 | 10/18/99 | Memo from Madeline Mendola re: Documentation on Theresa Bearman, 2. |
| 72 | 10/26/99 | Letter from Dr. Neal Presant to Madeline Mendola re: Theresa Bearman's accommodation request to go to IRS via Bearman's lawyer, 3. |
| 73 | 10/27/99 | Memorandum from Susanne Sottlie re: Terri Bearman's request for advance sick leave, 4. |
| 74 | 10/27/99 | Routing slip from Susanne Sottlie re: leave donation request for Theresa Bearman, 5. |
| 75 | 10/27/99 | Approval for Theresa Bearman to become a leave transfer recipient, 6. |
| 76 | | Bergman pay screen printouts |
| 77 | | GS-14 pay rate schedule |
| 78 | | Nowak Treatment Notes |
| 79 | 12/14/06 | Bergman Rule 26 Submission with Nowak Expert Report |
| 80 | | Nowak Affidavit (Plaintiff's Op. Ex K.) |
| 81 | | Fulcher notes re accommodation |
| 82 | | EEO/HR notes re accommodation |
| 83 | | Time and Leave Handbook |
| 84 | | Treasury, Chief Counsel, IRS Organizational Charts |
| 85 | | Draft letter to Presant asking for more information |
| 86 | | All Exhibits identified by plaintiff |

**DEFENDANT'S EXHIBIT LIST**
**BERGMAN V. SNOW, CIVIL NO. 06-0303**

| 87 |  | summary time line |
|----|--|--------------------|
| 88 |  | summary salary comparisons |