# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TESSA E. BERGMAN | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
|         v. | : | Civil Action No. <u>06-0303 (GK)</u> |
| | : | |
| HENRY M. PAULSON, JR. | : | |
| Secretary of the Treasury, | : | |
| U.S. Department of the Treasury | : | |
| | : | |
|     Defendant. | : | |

## <u>PLAINTIFF'S EXHIBIT LIST</u>

<u>Exhibit Number</u>                        <u>Description</u>

1. Plaintiff's Notice of Deposition dated 2/25/02 of Paul O'Neill, et al.

2. Chronology of events re T. Bergman by B. Fulcher – 12/9 - 3/13

3. IRS Vacancy Announcements – October 1999 to March 2000

4. Handwritten and typed notes re: history/chronology of case, July 2002

5. Memo dated 12/21/99 from B. Fulcher, Chief, Business Liaison, re Attorney-Advisor GS-905 Series positions [to accommodate an individual with a disability]

6. Letter dated 12/1/99 from Fulcher to Bergman re LWOP status

7. Letter dated 2/3/00 from Fulcher to Bergman re her 1/30/00 letter to him and voice mail messages to/from each with respect thereto

8. Memo dated 1/4/00 from Fulcher re Attorney-Advisor GS-905 Series positions [to accommodate an individual with a disability]

9. Performance Management Appraisal of T. Bergman by S. Sottile dated 10/28/99

10. Letter dated 12/3/99 from N. Presant, Occupational Medicine Consultant, to J. McIver, Acting Chief, Headquarters Labor Relations Section

11. Memo dated 10/1/99 from S. Lane to Bergman re leave

12. Letter dated 10/12/99 from Fulcher to Bergman re request for medical documentation re Bergman request for extended leave

13. Memo dated 10/27/99 from Sottile to Chief Communications and Liaison re Bergman's Request for Advance Sick Leave

14. Letter dated 3/2/99 from Sottile to Bergman re Advanced Sick Leave and request for Bergman to provide additional information

15. Reasonable Accommodation Case History Sheet dated 10/28/99 re reassignment

16. T. Bergman Leave Record/Time Sheets

17. Memo dated 12/16/99 from Fulcher to Bergman re Office Procedures/Attendance-Leave Policies

18. Memo dated 3/3/00 from K. Sasajima to Fulcher re Request for Reasonable Accommodation

19. Handwritten notes re leave, time sheets, previously identified as Fulcher Deposition Ex. 20

20. E-mail, B. Fulcher to T. Bergman re: sign out policy

21. Letter dated 1/30/00 from T. Bergman to B. Fulcher

22. Memo, 12/16/99 from T. Bergman to B. Fulcher

23. Letter, 12/9/99 from B. Fulcher to T. Bergman

24. Letter, 12/7/99 from T. Bergman to B. Fulcher

25. Letter, 11/19/99 from B. Fulcher to T. Bergman

26. Memo, 8/9/99, S. Sottile to T. Bergman

27. Memo, 7/19/99, S. Sottile to T. Bergman

28. The Investigative File of this case

29. Defendant's answers to Plaintiffs first interrogatories and supplements thereto

30. Defendant's answers to Plaintiffs second interrogatories

31. Letter, 12/16/99 letter from attorney Francine K. Weiss, Esq., to Julie Berry, Esq., OCC, re Theresa Bearman's reassignment

32. Letter, 1/6/2000, from Francine Weiss, Esq., to Julie Barry, GLS, documenting Barry P. Fulcher's violation of implementation of Family and Medical Leave Act

33. Letter, 2/3/00, from Barry P. Fulcher to Theresa Bearman terminating administrative leave status and providing an update of job reassignment efforts

34. Letter, 3/7/00, from Barry P. Fulcher to Theresa Bearman re reassignment offer as a Grade 12 attorney in the Baileys Crossroads, Virginia

35. Worksheet re W-2 Salary Earned by Tessa Bergman, 2000-2007

36. OPM Salary tables for Washington, D.C. area 2001-2007

37. End of year Earnings and Leave Statements of Tessa Bergman 2000-2007 (2007 figure extrapolated and considered equal to current annual salary)

38. Pay Retention Agreement (exhibit to 3/7/00 letter from Barry P. Fulcher to Theresa Bearman)

39. Excerpts from Defendant's First, Supplemental and Second Interrogatory Responses

40. Correspondence to Plaintiff from Office of Chief Counsel dated 2/4/2000 and 2/22/00

41. Plaintiff's Statement of Material Facts, 4/27/2007

42. Defendant's Statement of Genuine Issues in Opposition to Plaintiff's Motion for Partial Summary Judgment

43. EEOC Manual, Enforcement Guidance: Reasonable Accommodation and Undue Hardship under the Americans with Disabilities Act, No. 915.002, March 1, 1999

44. Barry P. Fulcher's notes, 10/99 through 3/2003

45. Kathy King's noted (undated)

46. Plaintiff's Complaint

47. Defenandant's Answer

48. Agency's Response to Complainant's First Request for Admissions, 1/30/2002

49. Letter, 12/31/99 from Neil Presant, M.D., to Joan McIver recommending reassignment as a reasonable accommodation

50. Memo dated 12/21/99 from Barry P. Fulcher to Offices of Associate Chief Counsel

(F&M), Assistant Commissioner (Examination), Assistant Commissioner (International), and National Appeals Director re vacant GS-905 positions

51. Letter, 1/12/2000 from Barry P. Fulcher to Terri Bearman re reasons for paid administrative leave status

52. Letter, 1/16/2000 from Terri Bearman to Barry P. Fulcher re paid administrative leave and status of search for reasonable accommodation

53. Letter, 1/21/2000, from Judith A. Nowak, M.D., to Neil Presant, M.D. re when plaintiff would be able to return to work

54. Letter, 1/30/2000 from Terri Bearman to Barry P. Fulcher re paid administrative leave and status of search for reasonable accommodation and paid administrative leave status

55. Letter, 2/3/2000 from Barry P. Fulcher to Terri Bearman re termination of paid administrative leave status

56. Email, 7/19/99, from Suzanne Sottile to Terri Bearman re subcommittee hearing

57. Memo, 7/23/99, from Robert J. Fitzpatrick to Terri Bearman re leave and performance

58. Memo (undated) from Terri Bearman to Robert J. Fitzpatrick re leave and performance

59. Letter, 12/29/99 from Barry P. Fulcher to Terri Bearman re advanced religious comp time

60. Memo, 12/16/99 from Terri Bearman to Barry P. Fulcher re denial of advanced religious comp time and errors in bookkeeping, including official Earnings and Leave Statements for pay periods 23 and 25 of 1999 and requesting audit of time records

61. Email, 12/15/99, from Barry P. Fulcher to Terri Bearman re AWOL status for 12/18, 12/14, and 12/15/99

62. Any exhibit identified by Defendant

>Respectfully submitted,
>
>_John D. Quinn /s/_____
>John D. Quinn
>SALE & QUINN, P.C.
>910 16th Street, N.W.
>Suite 500
>Washington, D.C. 20006
>(202) 833-4170
>
>Counsel for Tessa Bergman