### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TESSA E. BERGMAN | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
|         V. | : | Civil Action No. 06-0303 (GK) |
| | : | |
| HENRY M. PAULSON, JR. | : | |
| Secretary of the Treasury, | : | |
| U.S. Department of the Treasury | : | |
| | : | |
|     Defendant. | : | |

### PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

Plaintiff objects to the following Exhibits listed on Plaintiff's Exhibit List numbered 1 through 83 received by Plaintiff on June 30, 2007:

| Exhibit Number | Objection |
|---|---|
| 6 | Hearsay Objection and Relevance Objection. |
| 16, 38, 56, 61, 67 | These documents appear to by parts of documents Plaintiff objects on the grounds that the full documents must be introduced. |
| 58 | Hearsay.  A deposition is not an exhibit. While parts of a deposition may be read to the jury, deposition testimony is not submitted to the jury as an exhibit. |
| 67, 81, 82, 83 | These exhibits are not sufficiently specified in Defendant's Exhibit List.  The author of the calendar is unclear and the content of the Fulcher notes and EEO notes is unclear.  The document may not have been produced in discovery. |

Plaintiff objects to any exhibit that is part of a document unless the entire documents is offered..  Plaintiff reserves the right to object to any document not produced in discovery Plaintiff objects to each exhibit to the extend it constitutes inadmissible hearsay.  Plaintiff further reserves the right to object to any exhibit added to defendant's e

Exhibit List numbered 1 through 83 delivered to Plaintiff on June 30, 2007.

    Respectfully submitted,

_____
John D. Quinn
SALE & QUINN, P.C.
910 16th Street, N.W.
Suite 500
Washington, D.C. 20006
(202) 833-4170

Counsel for Tessa Bergman