UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TESSA E. BERGMAN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0303 (GK) |
| | : | |
| HENRY M. PAULSON, JR. | : | |
| Secretary of the Treasury, | : | |
| U.S. Department of the Treasury | : | |
| | : | |
| Defendant. | : | |

PLAINTIFF'S PROPOSED VOIR DIRE

1. Is anyone on the panel or a family member employed by the Federal Government?

2. Would anyone on the panel have a problem entering a verdict against the Federal Government in an employment matter?

3. Has anyone on the panel or a family member had a mental disability?

4. Would anyone on the panel have any difficulty awarding damages to someone discriminated against due to a mental disability?

5. Has anyone on the panel been a defendant in a lawsuit?

6. Has anyone on the panel been involved in an employment disability claim?

7. Has anyone on the panel been involved in an employment discrimination claim?

8. Has anyone on the panel had a co-worker make a complaint against you to your employer?

9.  Has anyone on the panel had a claim before the Equal Employment Opportunity Commission?

                                                Respectfully submitted,

                                                ____John D. Quinn /s/_____
                                                John D. Quinn
                                                SALE & QUINN, P.C.
                                                910 16th Street, N.W.
                                                Suite 500
                                                Washington, D.C. 20006
                                                (202) 833-4170

                                                Counsel for Tessa Bergman