Defendant's Deposition Designations

**B. DEFENDANT'S DESIGNATIONS**

Plaintiff's EEO Tr. pp 90-125; 133-138, 160-162

Plaintiff's March 12, 2007 Deposition at pp.9:17-19; 10:4-22; 11:4-12; 11:25-16:14; 17:4-19:20; 19:21-25:16; 29:7-20; 36:1-25; 53:16-55:6; 58:4-59:14; 59:22-60:12; 60:13-62:7; 69:7-71:2; 74:6-21; 75:1-78:8; 81:25-82:20

Nowak March 15, 2007 Deposition at pp 40: 20- 44:20; 46:3 47:3; 51: 21- 53:5; 55:20-59:22; 70:5-71:24; 89:3-91:15

Defendant does not intend to introduce other testimony except portions that may be used for impeachment purposes or to refresh the recollection of a witness.