**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TESSA E. BERGMAN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. <u>06-0303 (GK)</u> |
| | : | |
| HENRY M. PAULSON, JR. | : | |
| Secretary of the Treasury, | : | |
| U.S. Department of the Treasury | : | |
| | : | |
| Defendant. | : | |

<u>PLAINTIFF'S DESIGNATION OF PRIOR TESTIMONY</u>

Excerpts from the Deposition of Barry P. Fulcher taken March 19, 2002:

- Page 4, lines 10-17
- Page 5, lines 9-22
- Page 6, lines 1-22
- Page 7, lines 1-3
- Page 8, lines 4-8
- Page 9, lines 9-16
- Page 10, lines 3-16; line 22
- Page 11, lines 1-22
- Page 12, lines 1-17
- Page 14, lines 11-22
- Page 15, lines 1-5
- Page 21, lines 11-22
- Page 22, lines 1-5
- Page 23, lines 11-19
- Page 27, lines 9-22
- Page 28, lines 1-18
- Page 29, lines 1-22
- Page 30, lines 1-22
- Page 31, lines 2-4; line 22
- Page 32, lines 1-2; lines 11-15
- Page 33, lines 12-15
- Page 34, lines 7-22
- Page 35, lines 1-4
- Page 37, lines 10-21
- Page 38, lines 10-22

- Page 39, lines 1-9
- Page 41, lines 11-14
- Page 45, lines 14-22
- Page 46, line 1
- Page 47, lines 9-22
- Page 48, lines 1-13; lines 21-22
- Page 49, lines 1-4
- Page 50, lines 12-22
- Page 51, line 1
- Page 54, lines 5-8; lines 19-22
- Page 56, lines 2-22
- Page 57, lines 1-22
- Page 58, lines 1-12
- Page 63, lines 15-18
- Page 67, lines 5-11
- Page 70, lines 1-22
- Page 71, lines 1-22
- Page 72, lines 1-22
- Page 73, lines 1-22
- Page 74, lines 1-22
- Page 75, lines 1-20
- Page 76, lines 6-20
- Page 78, lines 5-22
- Page 79, lines 1-4
- Page 80, lines 9-18
- Page 81, lines 4-6; lines 13-22
- Page 82, lines 1-5
- Page 85, lines 10-15
- Page 89, lines 5-22
- Page 90, lines 1-22
- Page 91, lines 1-7
- Page 93, lines 14-22
- Page 94, lines 1-20
- Page 95, lines 4-8; lines 13-22
- Page 96, lines 1-3
- Page 97, lines 8-13
- Page 99, lines 5-11; lines 21-22
- Page 100, lines 1-3; line 16
- Page 105, lines 9-20
- Page 107, lines 4-17
- Page 108, lines 13-16
- Page 109, lines 1-22
- Page 110, lines 1-3

- Page 112, lines 15-22
- Page 113, lines 1-22
- Page 114, lines 1-22
- Page 115, lines 1-22
- Page 116, lines 1-7
- Page 117, lines 1-10
- Page 119, lines 8-22
- Page 120, lines 19-22
- Page 121, lines 1-7; lines 14-22
- Page 122, lines 1-8
- Page 123, lines 1-22
- Page 124, lines 1-9
- Page 126, lines 9-22
- Page 127, lines 1-11; lines 18-22
- Page 128, lines 1-7
- Page 134, lines 19-22
- Page 135, line 1; lines 14-20
- Page 136, lines 12-17
- Page 137, lines 1-22
- Page 144, line 1; lines 8-14
- Page 145, lines 9-19
- Page 146, lines 2-19

Excerpts from the Deposition of Susan Nizer taken March 20, 2002:
- Page 4, lines 4-5; lines 8-22
- Page 5, lines 9-14; lines 19-25
- Page 6, lines 1-5
- Page 10, lines 3-10
- Page 13, lines 20-25
- Page 14, lines 1-25
- Page 15, lines 1-13
- Page 16, lines 15-25
- Page 17, lines 1-12; lines 19-24
- Page 19, lines 3-10
- Page 20, lines 13-25
- Page 21, lines 1-7

Excerpts from the Deposition of Susanne M. Sottile taken March 19, 2002:
- Page 4, lines 10-16
- Page 5, lines 14-22
- Page 6, line 1
- Page 7, lines 18-22
- Page 8, lines 9-22

- Page 9, lines 1-4; lines 9-11; lines 16-18
- Page 10, lines 3-5
- Page 12, lines 2-6; lines 21-22
- Page 13, lines 1-4
- Page 14, lines 13-22
- Page 15, lines 1-2; lines 18-22
- Page 16, lines 10-22
- Page 17, lines 1-3
- Page 18, lines 13-19
- Page 20, lines 16-22
- Page 21, lines 1-10
- Page 23, lines 5-14
- Page 25, lines 5-13
- Page 28, lines 2-13
- Page 30, lines 5-18
- Page 33, lines 17-19
- Page 34, lines 15-22
- Page 35, lines 1-9; lines 19-22
- Page 36, lines 1-8
- Page 44, lines 8-22
- Page 45, lines 1-16
- Page 47, line 22
- Page 48, lines 1-3
- Page 49, lines 14-22
- Page 50, lines 1-9; lines 18-22
- Page 51, lines 1-5; lines 18-22
- Page 52, lines 1-15
- Page 53, lines 6-22
- Page 54, line 1-11
- Page 56, line 12-17
- Page 58, lines 20-22
- Page 59, lines 1-6; lines 11-17
- Page 61, lines 11-15
- Page 63, lines 20-22
- Page 64, lines 1-17
- Page 65, lines 13-22
- Page 66, lines 1-8
- Page 69, lines 10-22
- Page 70, lines 1-22
- Page 71, lines 1-6; lines 11-15
- Page 74, lines 20-22
- Page 75, lines 1-7
- Page 87, lines 8-16; line 22

- Page 88, lines 1-22
- Page 89, lines 1-6; lines 15-22
- Page 92, lines 11-15
- Page 93, lines 17-19
- Page 99, lines 17-22
- Page 100, lines 1-12

Hearing Testimony

David Williams:
- Page 243, lines 14-22
- Page 244, lines 6-22
- Page 245, lines 1-21
- Page 253, lines 10-22
- Page 262, lines 7-15
- Page 263, lines 6-22
- Page 264, lines 1-22
- Page 265, lines 1-16
- Page 266, lines 4-16
- Page 267, lines 12-16; line 22
- Page 268, lines 1-3; lines 11-22
- Page 269, lines 1-6
- Page 278, lines 17-22

Kathy King:
- Page 287, lines 7-22
- Page 288, lines 1-22
- Page 297, lines 18-22
- Page 298, lines 1-4; lines 12-20
- Page 303, lines 3-7

Barry P. Fulcher:
- Page 350, lines 10-22
- Page 352, lines 3-22
- Page 353, lines 1-22
- Page 354, lines 1-13
- Page 356, lines 9-22
- Page 357, lines 1-22
- Page 358, lines 1-6
- Page 359, lines 1-22
- Page 360, lines 1-4
- Page 427, lines 10-22
- Page 428, line 1

- Page 430, lines 2-8; lines 13-19
- Page 431, lines 15-22
- Page 432, lines 1-3; line 10; line 16
- Page 433, lines 16-18
- Page 434, lines 6-17
- Page 449, lines 18-19; line 22
- Page 450, lines 1-9
- Page 454, lines 18-22
- Page 455, lines 1-22
- Page 456, lines 1-4; lines 19-22
- Page 457, lines 5-8; line 22
- Page 459, lines 1-4

Susanne M. Sottile
- Page 484, lines 8-22
- Page 529, lines 9-22
- Page 530, lines 1-8; lines 19-22
- Page 531, lines 1-9
- Page 532, lines 4-10
- Page 547, lines 19-20
- Page 548, lines 7-9; lines 11-22
- Page 549, lines 1-6; lines 10-12

Respectfully submitted,

_____

John D. Quinn
SALE & QUINN, P.C.
910 16th Street, N.W.
Suite 500
Washington, D.C. 20006
(202) 833-4170

Counsel for Tessa Bergman