UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>　　　Plaintiff | :<br>: |
| | : Civ. Action No. 06-0303 (GK) |
| V. | : Pretrial Conference July 16, 2007 |
| JOHN W. SNOW,<br>Secretary, Department of the Treasury,<br>　　　Defendant | :<br>:<br>: |

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO STRIKE AND FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Defendant respectfully requests that the Court extend until July 16, 2007, the time in which defendant is required to respond to plaintiff's motion to strike defendant's summary judgment motion and motion for leave to file a supplemental brief. Defendant's response currently is due on July 5, 2007.

Defendant filed its motion for summary judgment on May 1, 2007. Docket # 31. Plaintiff filed her Opposition on May 22, 2007. Docket # 35. Defendant filed its Reply on June 11, 2007. Docket # 41. Plaintiff filed her motions to strike and for leave to file a supplemental brief on June 21, 2007. Docket # 45 & 46.

Due to the press of other business, defendant's counsel has been unable to address plaintiff's motions since their filing on June 21. Among other matters, counsel has been engaged in the preparation of a joint pretrial statement in the instant case, an opposition and motion in *Talbot v. Central Intelligence Agency* filed on July 2, 2007, and a summary judgement motion in an employment discrimination case, *Arnold v. Norton*, which is required to be filed on July 9, 2007.

Defendant has consulted with plaintiff's counsel who has consented to an extension until July 16, 2007. This is the first request for an extension to respond to the above described

plaintiff's motions.  Because counsel for plaintiff will be out of town on an extended business trip when plaintiff's reply is due, the parties also request that the date for plaintiff to reply be continued to July 27, 2007.

Therefore, defendant respectfully requests that this motion be granted.  A proposed order is attached.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970