UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>    Plaintiff | :<br>:<br>:   Civ. Action No. 06-0303 (GK)<br>: |
| V. | : |
| JOHN W. SNOW,<br>Secretary, Department of the Treasury,<br>    Defendant | :<br>:<br>: |

ORDER

Upon consideration of the consent motion requesting that the Court extend until July 16, 2007, the time in which defendant is required to respond to plaintiff's motion to strike defendant's summary judgment motion and motion for leave to file a supplemental brief, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that defendant shall file it response on or before July 16, 2007 and that plaintiff shall file its reply on or before July 27, 2007.

Date: _____
                          UNITED STATES DISTRICT COURT JUDGE