UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN, : | |
|     Plaintiff : | |
| : | Civ. Action No. 06-0303 (GK) |
| V. : | |
| JOHN W. SNOW, : | |
| Secretary, Department of the Treasury, : | |
|     Defendant : | |

ORDER

Upon consideration of plaintiff's motion to strike defendant's motion for summary judgment and alternative motion to submit supplemental brief, and the defendant's opposition thereto, it is hereby

ORDERED that plaintiff's motion is DENIED.

Date: _____
UNITED STATES DISTRICT COURT JUDGE