UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**TESSA E. BERGMAN**,              )
                                   )
        Plaintiff,       )
                                   )
  v.                               )  Civil Action No. 06-303 (GK)
                                   )
**HENRY M. PAULSON, JR.**,         )
**Secretary of the Treasury**,     )
                                   )
        Defendant.       )
_____)

### ORDER

A Pretrial Conference was held in this matter on July 16, 2007. Upon consideration of the parties' joint Pretrial Statement, the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that this case is referred to Magistrate Judge Facciola for settlement purposes only; it is further

**ORDERED** that trial shall commence on **June 9, 2008** at **9:30 a.m.**; it is further

**ORDERED** that motions <u>in limine</u> are due **May 1, 2008**; it is further

**ORDERED** that the parties shall provide three binders of trial exhibits for the jury; one binder for the Court; and one binder for the clerk. The binders shall be submitted **one week** prior to trial; it is further

**ORDERED** that a telephone conference call shall be held on the record on **July 24, 2007** at **9:45 a.m.**

|  |  |
|---|---|
| July 17, 2007 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to: Attorneys of record via ECF**