UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TESSA E. BERGMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-303 (GK) |
| | : | |
| JOHN W. SNOW, Secretary of the Treasury, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment and alternative Motion to Submit Supplemental Brief, the Defendant's Opposition, and Plaintiff's Reply, it is hereby

**ORDERED** that Plaintiff's Motion to Strike is **denied**; and it is further

**ORDERED** that her alternative Motion to Submit Supplemental Brief is **granted**; and it is further

**ORDERED** that no further briefing on the Motion will be allowed.

October 22, 2007                            /s/
                                            Gladys Kessler
                                            United States District Judge

**Copies via ECF to all counsel of record**