UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN<br>(formerly Theresa E. Bearman)<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. SNOW<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. <u>06-0303 (GK)</u><br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE CONCERNING LACK OF SETTLEMENT**

Plaintiff Tessa Bergman, and defendant Department of Treasury, by the undersigned counsel, advise the Court that efforts to settle this case have been unsuccessful. While the parties will continue to discuss settlement, the parties request that the Court resolve the pending cross motions for summary judgment. Because resolution of the cross motions for summary judgment may result in disposition of this case before trial, scheduled to commence on June 9, 2008, the parties respectfully request that the Court rule on the pending cross motions for summary judgment at the earliest date consistent with the Court's schedule.

Respectfully submitted,

_____/s/_____
John D. Quinn, Esquire
Bar No. 267302
910 16th Street, N.W., 5th Floor
Washington, D.C. 20006

Counsel for Plaintiff

   /s/JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


   /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


   /s/
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-6970
Facsimile: (202) 514-8780
Washington, D.C. 20530

Counsel for Defendant