UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TESSA E. BERGMAN
    Plaintiff,

V.                                                    Civil Action No. 06-0303 (GK)

HENRY M. PAULSON, JR.
Secretary of the Treasury,
U.S. Department of the Treasury
    Defendant.

## ORDER

Upon consideration of the defendant's motion in limine and the plaintiff's response thereto, it is hereby

ORDERED that at trial the plaintiff will not solicit or offer testimony using any variation of the term "disability" or "disabled," and will not seek or offer expert or lay testimony that plaintiff had a "disability."

It is further ORDERED that at trial plaintiff's expert, Dr. Nowak, shall refrain from offering any opinion as to whether plaintiff had a "disability" and shall not use the term "disability" or "disabled" or any variation of said term in describing plaintiff's mental condition and impairments.

It is further ORDERED that the plaintiff shall provide a copy of this Order to plaintiff's expert prior to calling said expert to testify at trial.

Date:                                _____
                                         UNITED STATES DISTRICT COURT JUDGE