UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
TESSA E. BERGMAN,              )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 06-303 (GK)
                               )
HENRY M. PAULSON, JR.,         )
Secretary of the Treasury,     )
                               )
          Defendant.           )
_____)
```

**ORDER**

Plaintiff Tessa E. Bergman, an employee of the Internal Revenue Service ("IRS"), brings this suit alleging disability discrimination and retaliation in violation of the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 et seq. against Henry M. Paulson, Jr. in his official capacity as Secretary of the Treasury. This matter is before the Court on Plaintiff's Motion for Partial Summary Judgment [**Dkt. No. 29**] on the disability discrimination claim and Defendant's Motion for Summary Judgment [**Dkt. No. 31**] on all claims. Upon consideration of the Motions, Oppositions, Replies, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment concerning the disability discrimination claim is **granted**; it is further

**ORDERED** that Defendant's Motion for Summary Judgment is **denied;** it is further

**ORDERED** that a status conference shall be held on **May 8, 2008 at 9:45 a.m.**

Only Plaintiff's retaliation claim still remains for trial.

                                                          /s/
May 1, 2008                                  Gladys Kessler
                                            United States District Judge

**Copies to: Attorneys of record via ECF**