### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN<br>(formerly Theresa E. Bearman)<br><br>            Plaintiff,<br><br>v.<br><br>JOHN W. SNOW<br><br>            Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-0303 (GK)<br>:<br>:<br>:<br>:<br>:<br>: |

### CONSENT MOTION TO CONTINUE
### STATUS CONFERENCE

Plaintiff Tessa Bergman, by the undersigned counsel, respectfully submits her motion to continue the status conference scheduled for May 8, 2008. As support for this motion, counsel for plaintiff states that he has an appellate oral argument on the morning of May 8, 2008. Counsel for both parties are available on May 13 and 15, 2008. Counsel for defendant, Rhonda Fields, Esq., has consented to this motion.

Respectfully submitted,

SALE & QUINN, P.C.


_____/s/_____
John D. Quinn, Esquire
Bar No. 267302
910 16th Street, N.W., 5th Floor
Washington, D.C. 20006
Tel:  (202) 833-4170
Fax: (202) 887-5137

Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TESSA E. BERGMAN  :
(formerly Theresa E. Bearman) :
:
    Plaintiff, :
: Civil Action No. 06-0303 (GK)
v. :
:
JOHN W. SNOW :
:
    Defendant. :

## CONSENT ORDER

In consideration of the motion of plaintiff Tessa Bergman to continue the Status Conference scheduled for May 8, 2008 and in consideration of the representation of counsel for plaintiff that counsel for defendant consents to the granting of this motion, it is hereby ORDERED:

That the motion is granted. The Status Conference set for May 8, 2008 is continued to May __, 2008.

_____
Gladys Kessler
United States District Judge