UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TESSA E. BERGMAN, )<br>)<br>    Plaintiff, )<br>)<br>  v.  )<br>)<br>HENRY M. PAULSON, JR., )<br>Secretary of the Treasury, )<br>)<br>    Defendant. )<br>) | Civil Action No. 06-303 (GK) |

### ORDER

A status conference was held in this case on May 13, 2008. Upon consideration of the representations of the parties and the entire record herein, it is hereby

**ORDERED** that the parties shall submit a joint praecipe by **June 16, 2006** concerning how the parties wish to proceed in this case.


May 13, 2008

/s/
Gladys Kessler
United States District Judge


**Copies to: Attorneys of record via ECF**