## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
TESSA E. BERGMAN,             )
                              )
               Plaintiff,     )
                              )
      v.                      )    Civil Action No. 06-303 (GK)
                              )
HENRY M. PAULSON, JR.,        )
Secretary of the Treasury,    )
                              )
               Defendant.     )
_____)
```

### AMENDED ORDER

A status conference was held in this case on May 13, 2008. Upon consideration of the representations of the parties and the entire record herein, it is hereby

**ORDERED** that the parties shall submit a joint praecipe by **June 16, 2008** concerning how the parties wish to proceed in this case.

May 13, 2008

/s/_____
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**