UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>    Plaintiff | :<br>:<br>:   Civ. Action No. 06-0303 (GK) |
| V. | : |
| JOHN W. SNOW,<br>Secretary, Department of the Treasury,<br>    Defendant | :<br>:<br>: |

ORDER

Upon consideration of defendant's motion for reconsideration, and plaintiff's response thereto, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the plaintiff's motion for partial summary judgment is DENIED, and it is further

ORDERED that defendant's motion for summary judgment is GRANTED.

Date: _____
                                          UNITED STATES DISTRICT COURT JUDGE