## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 06-0303 (GK) |
| v. : | |
| : | |
| HENRY M. PAULSON, JR. : | |
| SECRETARY OF THE TREASURY : | |
| : | |
| Defendant. : | |

### CONSENT MOTION FOR EXTENSION OF TIME
### TO FILE OPPOSITION AND REPLY BRIEFS

Plaintiff Tessa Bergman, by the undersigned counsel, respectfully submits her motion for additional time, to and including June 17, 2008, to file a memorandum of law in opposition to defendant's motion for reconsideration of the Court's order granting partial summary judgment to plaintiff. As support for this motion, counsel for plaintiff states that a draft settlement agreement has been prepared and is being reviewed and the parties desire to minimize further legal fees. Counsel for defendant, Rhonda Fields, Esq., has consented to this motion, and a consent order is attached hereto.

Respectfully submitted,

SALE & QUINN, P.C.

_____/s/_____
Stephen Sale, Esq., Bar. No. 942243
John D. Quinn, Esq., Bar No. 267302
910 16th Street, N.W., 5th Floor
Washington, D.C. 20006
Tel: (202) 833-4170
Fax: (202) 887-5137
Counsel for Plaintiff

June 9, 2008

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TESSA E. BERGMAN | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-0303 (GK) |
| v. | : | |
| | : | |
| HENRY M. PAULSON, JR. | : | |
| SECRETARY OF THE TREASURY | : | |
| | : | |
| Defendant. | : | |

**CONSENT ORDER**

In consideration of the motion of plaintiff Tessa Bergman for additional time to file briefs in opposition to defendant's motion for reconsideration of the Court's order granting partial summary judgment to plaintiff, and in consideration of the representation of counsel for plaintiff that counsel for defendant consents to the granting of this motion, it is hereby ORDERED:

That the motion is granted and that plaintiff shall file her memorandum of law in opposition to defendant's motion for reconsideration on or before June 17, 2008.

_____
Gladys Kessler
United States District Judge

Copies to:

Stephen Sale, Esq.
John D. Quinn, Esq.
Sale & Quinn, P.C.
910 16th Street, N.W.
5th Floor
Washington, DC  20006

Rhonda C. Fields, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC  20530

Deanne Sobczak, Esq.
950 L'Efant Plaza, S.W.
2nd Floor
Washington, DC  20024