# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA 333 CONSTITUTION AVENUE, NW WASHINGTON, DC 20001

Tessa E. Bergman
Former IRS Employee

      Plaintiff

                                  Civil Action No
                                  1:06CV00303-GK

Michael L. Buesgens
Former IRS Employee

      Intervener

V.

John W. Snow, Secretary
Department of the Treasury

      Defendant

## Michael L. Buesgens Motion to Intervene

Pursuant to Federal Rules of Civil Procedure 24(a) and (b) and LCvR 7.1(j) of this court, Michael L. Buesgens hereby move the Court for leave to intervene in this proceeding as plaintiff.

Leave to file granted J. Kessler -6/9/08

Intervener Buesgens did not contact anyone to determine their position on anything.

Buesgens seek intervention of right under Fed.R.Civ.P.24 (a) (2). Movant claim an interest relating to the subject of this action; he is so situated that the disposition of this action may, as a practical matter, impair or impede his ability to protect that interest, his interest may not be adequately represented by existing parties to the case; and their motion to intervene is timely.

In the alternative, Movant seek permissive intervention under Fed.R.Civ.P. 24(b) (2). Movant Claims and the main action share common questions of law and fact; his participation will not delay or prejudice the adjudication of the rights of the parties; and his motion is timely.

In support of this motion, Movant rely on the accompanying memorandum and exhibits.

Dated: June 4, 2008

Respectfully Submitted,

**Michael L. Buesgens**
**Former IRS Employee**
**Plaintiff-Appellant**
**Creditor-Adversary**
**Tax Court Petitioner**
**Intervener**

**Mailing Address:**

**3112 Windsor RD, Suite A322**
**Austin, Texas 78703**
**Phone: 512-339-6005X7958**
**Email: mikebuesgens@hotmail.com**

**June 4, 2008**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# 333 CONSTITUTION AVENUE, NW
# WASHINGTON, DC 20001

**Tessa E. Bergman**
**Former IRS Employee**

      **Plaintiff**

                               **Civil Action No**
                               **1:06CV00303-GK**

**Michael L. Buesgens**
**Former IRS Employee**

      **Intervener**

**V.**

**John W. Snow, Secretary**
**Department of the Treasury**

      **Defendant**


# MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE
# BY
# MICHAEL L BUESGENS

# TABLE OF CONTENTS

I.  TABLE OF AUTHORITIES                                  3

II. INTRODUCTION                                          8

III. ARGUMENT                                            17

IV. MOVANT IS ENTITLED                                   17
    TO INTERVENE OF RIGHT

    A. Movant claim an Interest Relating                 22
       To the Subject of this Action

    B. Movant Interest Will Be Impaired                  23
       If He Is Not Permitted to Intervene
       In this Action

    C. Movant Interest Will Not Be Adequately            26
       Represented By Existing Parties to this
       Action

    D. Movant Motion To Intervene Is Timely              28

V. ALTERNATIVELY, THIS COURT SHOULD                      29
   GRANT MOVANT PERMISSIVE INTERVENTION

CONCLUSION                                               29

I.                    TABLE OF AUTHORITIES
                      Michael L. Buesgens
                  Internal Revenue Service
                Department of the Treasury
                 Related-Associated Cases


1. Civil No. 1:05CV02334-RCL
   EEO Complaint-Continuing Violations-2005
   A. Judge Royce C. Lamberth
   B. Michael Song, Law Clerk, From Austin, Texas
   C. Judge Sam Sparks
   D. District of Columbia-Austin Division
   E. Karen Melnik, AUSA
   F. Transferred to Texas
   G. Based on Perjured Declaration
   H. Michael Lynn Salyards, Attorney
      IRS-EEO Program Manager
      General Legal Services-GLS
      Office of Chief Counsel
      Internal Revenue Service-IRS
      Department of the Treasury
      U.S. District Court District of Columbia


2. Civil No. 1:06CV01558-RCL
   Federal Tort Claims Act-FTCA-Personal Injury
   Administrative Claim-Form SF95
   A. Judge Royce C. Lamberth
   B. Michael Song, Law Clerk, From Austin, Texas
   C. Judge Earl Leroy Yeakel, III
   D. District of Columbia-Austin Division
   E. Karen Melnik, AUSA
   F. Transferred to Texas
   G. Based on Perjured Declaration
   H. Michael Lynn Salyards, Attorney
      IRS-EEO Program Manager
      General Legal Services-GLS
      Office of Chief Counsel
      Internal Revenue Service-IRS
      Department of the Treasury
      U.S. District Court District of Columbia


                          3

3. <u>Appeal No. 07-5011</u>
   Civil No. <u>1:05CV00243</u>-SS, Austin, Texas
   A. Internal Revenue Service
   B. Department of the Treasury
      <u>U.S. Court of Appeals</u>
      <u>District of Columbia</u>

4. <u>Civil No. 1:05CV00243-SS</u>
   Judge Sam Sparks

   A. IRS-TD-EEO case No. 03-2339-<u>Not Presented</u>
   B. <u>Reasonable Reassignment-Denied</u>

   C. <u>Neal Lee Presant, MD,</u>
      Medical Director
              <u>Occupational Medicine</u>
      Federal Occupational Health Service-<u>FOHS</u>
      Program Support Center-<u>PSC</u>
      U.S. Department of Health & Human Services
      <u>Bethesda, Maryland</u>

   D. <u>Mark Norman Frank, MD,</u>
      Medical Director
      <u>Pinnacol Assurance</u>
      <u>Denver, Colorado</u>

   E. <u>James W. Allen Jr, MD, MPH, Aviator</u>
      <u>Wilmington, Delaware</u>

   F. <u>R. Barry Robinson</u>, AUSA
   G. Jennifer Randall, EEOC Attorney
   H. <u>Perjured Declarations</u>
   I. Internal Revenue Service-<u>IRS</u>
   J. Department of the Treasury

      U.S. District Court-Austin Division
      <u>Austin, Texas</u>

4

5. **Civil No. 1:06CV00967-LY-Transfer Case**
   **Civil No. 1:06CV01558-RCL**
   A. Internal Revenue Service-**IRS**
   B. Department of the Treasury
   C. Federal Tort Claims Act-**FTCA**-Personal Injury
      Administrative Claim-Form **SF95**
   D. **Reasonable Reassignment Denied**
      U. S. District Court
      Austin Division
      **Austin, Texas**


6. **Civil No. 1:07CV00859-RBW**
   A. Adversary Case No. 07-10008
   B. **IRS** Bankruptcy **Crimes** Case No.**06-11164FRM-SS**
      U.S. District Court
      **District of Columbia**


7. **Civil No. 1:06CV01964-RBW**
          **Defendants**
   A. **R. Barry Robinson**, AUSA
   B. **Michael Lynn Salyards**, IRS-GLS Attorney
   C. Charles Eads Brown, Eviction Attorney
      U.S. District Court
      **District of Columbia**


8. **Civil No. 1:04CV01056-ESH**
   A. Buesgens Motion to Intervene-**Denied**
   B. **Neal Lee Presant, MD**
      Medical Director
      **Federal Occupational Health Services**
   C. **Irving Kator**, **Attorney**
      Kator, Parks, Weiser, PLLC
      Offices-Austin, Texas & District of Columbia
   D. **Jeffrey A. Taylor**
      **U.S. Attorney Office**
   E. U.S. Department of Housing & Urban
      Development-**HUD**
      U.S. District Court
      **District of Columbia**

9. **Appeal No. 07-5295**
   A. **Irving Kator**, **Guardian**
      **Kator, Parks, Weiser, LLC**
      **Offices-Austin, Texas & District of Columbia**
   B. **Neal Lee Presant, MD**
      Medical Director
      **Federal Occupational Health Services**
   C. **Jeffrey A. Taylor**
      U.S. Attorney Office
   D. U.S. Department of Housing & Urban
      Development-**HUD**
      **U.S. Court of Appeals District of Columbia**

10. **Civil No. 1:06CV01597-RMU**
    A. Buesgens Motion to Intervene-**Denied**
              **Defendant**
    B. **Irving Kator**, Attorney
       **Kator, Parks, Weiser, PLLC**
    C. **Offices-Austin, Texas-District of Columbia**
       **U.S. District Court District of Columbia**

11. **Civil No. 2:06CV00864-PHX-FJM**
    A. **Nancy Walraven**, Plaintiff
       Former **IRS** Employee
       Phoenix, Arizona
    B. Buesgens Motion to Intervene-**Denied**

    C. **Neal Lee Presant, MD**
       Medical Director
       **Federal Occupational Health Service-FOHS**
    C. **Reasonable Reassignment Denied**
              **Defendants**
    D. Internal Revenue Service-**IRS**
    E. Department of the Treasury
       **U.S. District Court Phoenix, Arizona**

12. **Appeal No. 08-16242**
    A. Civil No. 2:06CV00864-PHX-FJM
    B. Appeal Motion to Intervene Denied
       **U.S. Court of Appeals for the Ninth Circuit**

13. <u>Petition No. 5378-08</u>
   U.S. Tax Court

   <u>Michael L. Buesgens</u>
   <u>Former IRS Employee</u>
   <u>Reasonable Reassignment Denied</u>
               Petitioner

         <u>V</u>.

   Commissioner, Internal Revenue Service
               Respondent


14. Fed. R. Civ. P. 24
15. Fed. R. Civ. P. 24(a)
16. Fed. R. Civ. P. 24(a)(2)
17. Fed. R. Civ. P. 24(b)
18. Fed. R. Civ. P. 24(b) (2)

19. <u>Article III Standing</u>
   A. Injury in Fact
   B. Causal Relationship between injury and
      Federal Agency Officials and Attorneys
      Criminal Misconduct
   C. Favorable decision likely to
      Produce relief

20. <u>5 U.S.C. 552</u>
   A. Freedom of Information Act-<u>FOIA</u>
   B. Privacy Act
   C. Medical Records
   D. Reasonable Reassignment Records
   E. Vacant Jobs Records-2002-2005

21. <u>TIGTA Investigation Records-2002-2008</u>
   A. See Civil No. 2:06CV00072-PPS
   B. Pat S. Genis, AUSA in Hammond, Indiana
   C. Elizabeth Cottingham, AUSA-Will Not be Found

7

<u>Michael L. Buesgens</u> (Movant) respectfully submit this memorandum in support of his motion to intervene as party plaintiff in Civil Action No. <u>1:06CV00303-GK</u>. In this case, defendant John W. Snow, Secretary, Department of the Treasury (Internal Revenue Service) seek to deny plaintiff Tessa G. Berman motion for partial summary judgment and grant defendant's motion for summary judgment as to the Rehabilitation Act claims.

II.                    <u>INTRODUCTION</u>

Intervener Buesgens and Plaintiff Bergman; Claims the same interest relating to the same property, and same transaction, which is the subject of this action.

1. <u>IRS reasonable reassignment denied</u>

2. <u>Similar psychiatric disability</u>
   A. Buesgens Bipolar
   B. Bergman Major Depression

3. <u>Same Players</u>
   A. Internal Revenue Service-IRS
   B. Department of the Treasury
   C. Federal Occupational Health Services-FOHS
   D. Program Support Center-PSC

8

E. U.S. Department of Health & Human Services
F. Neal Lee Presant, MD, Medical Director, FOHS
G. Captain Mark Delowery, DO, Director, PSC
H. Medical Services for Federal Agency Employees
I. Medical Doctors-Independent Contractors
J. Interagency Agreement-Medical Services

The central issues in Civil Action

No. 1:06CV00303-GK is the following:

4. Pattern and Practice of misconduct by Federal

Agency Officials and their Attorneys to deny

Federal Agency Employees a reasonable reassignment.


By the following federal agencies and sub agencies:

A. Internal Revenue Service-IRS
B. Department of the Treasury
C. Federal Occupational Health Services-FOHS
D. Program Support Center-PSC
E. U.S. Department of Health & Human Services-HHS
F. U.S. Equal Opportunity Commission-EEOC


Medical Malpractice and Medical Negligence by

IRS-FOHS-HHS doctors causing harm to federal agency

employees nationwide.

9

## For Example

**See the following Civil Actions:**

5. Civil No. **2:06CV00864-PHX-FJM**, Phoenix, AZ
   A. Psychiatric Disability
   B. Reasonable Reassignment **Denied**
   C. Buesgens Motion to Intervene **Denied**
   D. IRS-AUSA did **Settlement Deal**
   E. **Peter J. Lantka, AUSA**

Appeal No. **08-16242**, Ninth Circuit Court of Appeals

**Nancy Walraven**
**Former IRS Employee**
**Plaintiff**

**Michael L. Buesgens**
**Former IRS Employee**
**Intervener**

**V.**

**John W. Snow, Secretary**
**Department of the Treasury**
**Defendant**

**Neal Lee Presant, MD**, Medical Director
**Federal Occupational Health Service-FOHS**
Specialty Family Medicine
Subspecialty Occupational Medicine

**No** Psychiatry-**No** Psychiatric Referral To
Agency Psychiatrist

10

6. Civil No. <u>2:07CV01541-BWK</u>, Philadelphia, PA
   Bankruptcy Petition No <u>07-13246</u>
   A. Psychiatric Disability
   B. Reasonable Reassignment <u>Denied</u>
   C. Buesgens Motion to Intervene <u>Denied</u>
   D. Plaintiff <u>Dana M. Porter</u> gets
      Appointment of Counsel
   E. <u>Susan R. Becker, AUSA</u>

<u>Dana M. Porter</u>
Former IRS Employee
Plaintiff

<u>Michael L. Buesgens</u>
Former IRS Employee
Intervener

<u>V.</u>

<u>John W. Snow, Secretary</u>
Department of the Treasury
Defendant

<u>Neal Lee Presant, MD</u>,
Medical Director, Occupational Medicine
Federal Occupational Health Service-<u>FOHS</u>
Bethesda, Maryland
<u>No</u> Psychiatry-<u>No</u> Psychiatric Referral


Doctor Presant <u>never knows</u> what vacant jobs

are available for reassignment. Presant is <u>unable</u>

and <u>unwilling</u> to make medically <u>informed</u> decision.

11

Doctor Presant only goes <u>half way</u>, just enough to slip through the legal justice system, helped by unethical IRS Attorneys and AUSA.

<u>IRS</u>-Federal Occupational Health Service <u>doctors</u> practicing <u>telemedicine</u>. <u>IRS doctors</u> call federal agency employee doctor <u>nationwide</u>. <u>Who knows</u> where the IRS doctor is calling from?

IRS doctors-<u>independent contractors</u> hired to do what? <u>What does the Interagency Agreement</u> <u>say</u>? What do Neal Lee Presant, MD and <u>Captain Mark Delowery</u>, <u>DO</u>, Medical Director Program Support Services <u>tell</u> their independent contractor doctors?

<u>IRS Attorneys</u> and <u>U.S. Attorneys</u> know what the doctor's orders are. Attorneys write the legal rules for these doctors <u>without borders</u> and <u>without legal obligations</u>. The Attorneys fight disclosure and discovery. Not to protect the Fisc, and not to defend the unethical doctors, <u>but to protect themselves</u>.

7. Civil No. 2:05CV00755-AEG, Milwaukee, Wisconsin
   Bankruptcy Petition No. 04-29190
   A. Psychiatric Disability
   B. Reasonable Reassignment Denied
   C. Delores Jean Blue, Former HUD Employee
   D. Susan M. Knepel, AUSA


                    Delores Jean Blue
                  Former HUD Employee
                       Plaintiff


                          V.


                 Alphonso Jackson, Secretary
        U.S. Department of Housing & Urban Development
                       Defendant

Neal Lee Presant, MD
Medical Director, Occupational Medicine
HUD Doctor Presant
No Psychiatry-No Psychiatric Referral
Bethesda, Maryland


8. Civil No. 8:03CV00925, Maryland
   Fourth Circuit 04-2541
   A. Reasonable Reassignment Denied
   B. Removal Based on Disability-MSPB
   C. Desiree C. Nanette, Former IRS Employee
   D. Allen F. Loucks, AUSA

Neal Lee Presant, MD
Medical Director, Occupational Medicine
IRS-FOHS Interagency Agreement-Medical Services


                          13

Neal Lee Presant, MD <u>substandard</u> medical
services are <u>significant</u> contributing factor in
reasonable reassignment <u>denials</u>. Doctor Presant has
<u>failed</u> to <u>comply</u> with the rules of medical ethics.

9. American Medical Association-<u>AMA</u>

10. American College of Occupational Medicine-<u>ACOEM</u>

<u>Civil No. 1:06CV00303-GK</u>
U.S. District Court
District of Columbia

11. Tessa E. Bergman, Former IRS Employee
   A. Reasonable Reassignment Denied
   B. Psychiatric Disability Major Depression
   C. IRS Doctor Neal Lee Presant, MD has <u>some</u>
      Medical Records

IRS-FOHS-PSC-HHHS Doctor Presant <u>is not</u>
<u>qualified</u> to make final employment determinations.
Presant makes medical determinations for federal
employees with psychiatric disability.

Why do IRS-FOHS medical services directors
Neal Presant and Mark Delowery <u>refuse</u> to make
referral to psychiatrist? Psychiatric referral for

14

disabled federal employees' reasonable reassignment
requests at federal agencies nationwide.

Only when forced through litigation do I IRS
Attorneys and U.S. Attorneys make the medically
required psychiatric referral.

The IRS attorneys now **demand** psychiatric
medical examination for Plaintiff Tessa E. Bergman.


## The Ice Man Commeth

Martin G. Allen, MD
Hired Gun Psychiatrist
Delusions for Sale
IRS-FOHS Interagency Agreement

12. See Doctor Allen Curriculum Vitae

### Certification
A. American Board of Medical Examiners
B. American Board of Psychiatry
C. American Psychoanalytic Association
D. American Board of Disability Analysts
E. American Board of Forensic Medicine

Is Doctor Martin G Allen certified in the
foregoing? Certified as to what? What do these
certifications mean?

15

How does Doctor Allen <u>connect</u> or <u>disconnect</u> psychiatry with occupational medicine? What does Doctor Allen know about Major Depression? How major depression permeates every aspect of ones life, <u>no hope</u>. Doctor Allen does the IRS <u>illusion</u> reasonable reassignment offer hope?

Doctor Allen, what is the relationship? <u>IRS</u> organizational misconduct, and major depression, and <u>no</u> reasonable reassignment allowed.

What does Doctor Allen know about federal agency employees and Rehabilitation Act and EEOC regulations and OPM regulations?

Doctor Allen where was the psychiatrist when Neal Lee Presant, MD did his <u>medical diagnosis</u> and <u>prognosis</u> for Plaintiff Tessa E. Bergman?

<u>Why</u> did IRS attorneys U.S. attorneys hire Martin G. Allen, MD? Who pays for Doctor Allen medical services, IRS or FOHS? <u>What</u> performance does the <u>IRS-FOHS</u> interagency contract <u>require</u>?

16

## III.                    ARGUMENT

### MOVANT IS ENTITLED TO INTERVENE OF RIGHT

1. **Intervener Buesgens has been denied IRS Reasonable Reassignment**

2. **Intervener Buesgens involuntarily retired From IRS March 7, 2005**

   **Internal Revenue Service**
   **IRS-FAP-AUSTIN, LLC**
   **Customer Service Building**
   **1821 Directors Blvd**
   **Austin, Texas 78744**

3. **Buesgens receives disability retirement from U.S. Office of Personnel Management-OPM**


### Buesgens has Personal Injury and Continuing Violations complaints that have not been Litigated

4. **Federal Tort Claims Act-FTCA-Form SF95 Administrative Claims**

   **Criminal Conduct**
   **IRS Office of Chief Counsel**
   **Treasury Inspector General for Tax Administration-TIGTA**

   A. **Mary-Ellan Krcha, Tort Claims Secretary**
   B. **Michael Lynn Salyards, Attorney**
   C. **Mark S. Kaizen, General Counsel**
      **Office of Chief Counsel**
      **Internal Revenue Service**

5. **Freedom of Information Act-FOIA-Denied**

   IRS-FOHS Doctors Medical Records
   IRS-EEO Treasury EEO Records
   TIGTA Investigative Records-2002-2008

   A. **Mariam G. Harvey**, Director

      Equal Employment Opportunity & Diversity
      Department of the Treasury

   B. **Dee Dee Byrd-Cobb**, Director

      Equal Employment Opportunity & Diversity
      Wage & Investment Division
      Internal Revenue Service
      **Atlanta, Georgia**

6. **Privacy Act, IRS-HIPAA Violations**

   A. Donald Ray Tawney Jr, IRS Manager

   B. Anna S. Medlock, IRS Operations Manager 2

   C. Thomas J. Theis, IRS Labor Relations

   D. Melissa K. Gates, IRS Chief Labor Relations

   E. Margaret F. Waites, IRS Reasonable
      Reassignment Coordinator

   F. Melinda Luna Estrada, IRS-EEO Territory
      Manager, Austin, Texas

   G. Neal Lee Presant, MD, Bethesda, Maryland

   H. etc. et al

7. **Melinda Luna Estrada**,
   IRS EEO Territory Manager

   Initiated **TIGTA** Investigation of
   Buesgens in <u>2002</u>

8. <u>Privacy Act, IRS Reasonable Reassignment
   Records Requests Denied</u>

   A. IRS Doctors Medical Records
   B. IRS Vacant Jobs Available Records

## INTERFERENCE

BUESGENS <u>DOCTOR-PATIENT</u> RELATIONSHIP
J. REX WIER, MD, PSYCHIATRIST
AUSTIN, TEXAS
<u>April 7, 2008</u>
<u>April 14, 2008</u>

9. <u>Criminal Conduct by the Following</u>:
   A. <u>R. Barry Robinson</u>, <u>AUSA</u>

      <u>U.S. Attorney Office</u>
      816 Congress Avenue, Suite 1000
      Austin, Texas 78701

   B. <u>Neal Lee Presant, MD</u>
      Medical Director

      <u>IRS-Federal Occupational Health Services</u>
      Program Support Center
      U.S. Department of Health & Human Services
      950 Montgomery Avenue, Suite 950
      <u>Bethesda, Maryland</u>
      Phone:
      Fax:

19

C. __Mark Norman Frank__, MD

   Independent Contractor
   __IRS__-Federal Occupational Health Services
   Medical Director
   __Pinnacol Assurance__

   __Denver, Colorado__

D. __James William Allen, MD, Airman__
   Independent Contractor
   __IRS__-Federal Occupational Health Services
   2512 Lori Lane, North
   Wilmington, Delaware
   J. Rex Wier, MD, psychiatrist requested

Buesgens __medical records__ from the foregoing

__IRS-FOHS__ Medical Doctors in __March, 2008__.

   Neal Lee Presant, MD and Mark Norman Frank,

MD, and James William Allen, MD __called__ their

attorneys, __seeking legal advice__.

A. __IRS Attorneys__

   __Mark G. Kaizen__, General Counsel
   Office of Chief Counsel, District of Columbia

B. __Department of Health & Human Services Attorneys__

   __Lisa Barsoomian__, Assistant General Counsel
   District of Columbia

C. __U.S. Attorney Office__
   R. Barry Robinson, AUSA, Austin, Texas
   Pat S. Genis, AUSA, __District of Columbia__

20

On <u>April 7, 2008</u> Neal Lee Presant, MD and Mark Norman Frank, MD called Buesgens Doctor J. Rex Wier. The following week Mark Norman Frank, MD called J. Rex Wier again.

Neal Lee Presant, MD and Mark Norman Frank, MD <u>threatened</u> legal action with Buesgens doctor J. Rex Wier, MD.

In April, 2008 J. Rex Wier, MD <u>terminated</u> his doctor-patient relationship with Intervener Buesgens <u>based</u> on the foregoing.

The foregoing has <u>caused</u> Buesgens <u>harm</u>. Buesgens is now <u>denied</u> medication refills, from his Doctor J. Rex Wier, III, MD. Intervener Buesgens is still looking for another psychiatrist.

Federal Rule of Civil Procedure 24(a) provides that, "upon timely application," a court shall permit intervention of right where

> the applicant claims an interest relating to
> the property or transaction which is so
> situated that the disposition of the action may
> as a practical matter impair or impede the

21

applicant's ability to protect that interest,
unless the applicant's interest is adequately
represented by existing parties

FED. R. CIV. P. 24(a)(2).See Fund For Animals, Inc,

v. Norton, 322 F.3d 728, 731(D.C. Cir. 2003)

As demonstrated below, Movant Buesgens readily

satisfy this test.


## Movant Buesgens Claim an Interest Relating To the Subject of this Action

Rule 24(a)(2)'s "interest" requirement is
"primarily a practical guide to disposing of
lawsuits by involving as many apparently concerned
persons as is compatible with efficiency and due
process." As the D.C. Circuit has observed, "the
interest of justice is best served when all parties
with a real stake in a controversy are afforded an
opportunity to be heard".
Hodgson v. United Mine Workers,
473 F.2d 118, 130(D.C. Cir.1972)

22

## Movant Buesgens Interests Have Been and Continue To Be and Will Be Impaired If HE Is Not Permitted to Intervene in this Action

10. Intervener Buesgens does not have Attorney

11. Intervener Buesgens has been denied Appointment of Counsel

12. Intervener Buesgens litigation

    A. Transferred out of District of Columbia

    B. To R. Barry Robinson, AUSA, Austin, Texas

    C. Based on perjured declarations by IRS Office of Chief Counsel Attorney Michael Lynn Salyards

See Civil Actions Transferred to Texas

1:05CV02334-RCL
1:06CV01558-RCL
U.S. District Court, District of Columbia

13. On July 6, 2006 at 10:00 am all of Buesgens Medical Records and federal court evidence for Pending Litigation-10 Boxes

    A. Stolen from his apartment No. 1023 Falcon Ridge Apartments 500 East Stassney Lane Austin, Texas

    B. Unlawful eviction

    C. Under Color of Texas State Law

14. <u>R. Barry Robinson</u>, <u>AUSA</u>

    In charge of defeating Intervener Buesgens
    Housing Discrimination Complaint
    <u>HUD case No. 06-06-0293-8</u>

15. <u>R. Barry Robinson, AUSA</u>
    U.S. Attorney Office
    Austin, Texas

    A. <u>Has</u> all of Buesgens Medical Records and
       Federal Court Evidence

16. Apartment owner Arnold Carl Tauch and his
    Attorneys <u>turned over</u> all of Buesgens
    <u>Stolen</u> Records to <u>U.S. Attorney Office</u>

17. <u>Many IRS</u> employees lived at Falcon Ridge
    Apartments

    A. <u>IRS</u> employees <u>polluted</u> the well at Falcon
       Ridge Apartments

    B. <u>IRS</u> Employees <u>talk </u>about Buesgens Medical
       Disability Bipolar and his Involuntary
       Disability retirement at <u>IRS-03/07/2005</u>

18. Intervener Buesgens has lived at <u>Extended Stay
    Hotel</u> since <u>July 17, 2006</u>

    A. <u>Not by Choice</u>

    B. No one (nationwide) will Rent Apartment to
       Buesgens

    C. Because of retaliatory eviction at Falcon
       Ridge Apartments

24

D. **Buesgens pays $1,600.00** Room Rent
   Well beyond his means

19. Buesgens <u>only</u> source of income is the Following
    Monthly Disability payment <u>$1,200.00</u>

    A. <u>From the Following</u>:

       Department of the Treasury
       Office of Personnel Management

20. Buesgens drained the <u>$35,000.00</u>
    <u>IRS-Thrift Savings Account</u>

    A. <u>To pay</u> Legal and Living and
       Medical Expenses

21. Buesgens is <u>using</u> the small amount in his
    Individual Retirement Account

    A. <u>To pay</u> Legal Expenses and Living and
       Medical Expense

22. Intervener Buesgens made frequent withdrawals
    <u>From his IRA Account</u>

    A. Buesgens did not pay IRS estimated tax

    B. Using all the IRA withdrawal money
       To pay legal expense

23. <u>May 1, 2008</u> Buesgens got <u>IRS Bank Levy</u>

24. <u>Buesgens Tax Court Petition No. 5378-08</u>

    A. Dismissed on <u>May 7, 2008</u>
    B. By <u>IRS</u> Office of Chief Counsel

25

<u>Based on the following IRS talk</u>:

C. No IRS Determination Letter
D. No IRS Deficiency Letter

25. Buesgens <u>Involuntary</u> Disability Retirement from Internal Revenue Service began <u>March 7, 2005</u>

Buesgens IRS Tax Bills Began in Tax Year <u>2005</u>

A. 2005
B. 2006
C. 2007

25. Intervener Buesgens is <u>without</u> a doctor. Based on IRS-FOHS Doctors <u>threatening</u> Litigation

26. <u>IRS-FOHS Doctors got Legal Advice</u>

A. Prior to Calling Buesgens Doctor J. Rex Wier
B. From IRS-HHS-U.S. Attorneys

<u>Movant Buesgens Interest Will Not Be Represented By Existing Parties to this Action</u>

27. When Buesgens Intervenes in Civil Action
A. U.S. Attorney Office
   Cuts a deal with Plaintiff and Court
B. Settlement is Fixed

<u>For Example</u>:

A. <u>See</u> Civil No. <u>2:06CV00864-PHX-FJM</u>
                 U.S. District Court
                 <u>Phoenix, Arizona</u>

   Ninth Circuit Appeal No. <u>08-16242</u>

26

B. Civil No. 1:04CV01056-ESH

Buesgens Motion to Intervene-Denied

Irving Kator, Attorney
U.S. District Court
District of Columbia

Peter W. Pantazes
Former HUD Employee
Plaintiff

Michael L. Buesgens
Former IRS Employee
Intervener

V.

Alphonso Jackson, Secretary
U.S. Department of Housing & Urban Development
Defendant

Jeffrey A. Taylor
U.S. Attorney
District of Columbia

Neal Lee Presant, MD
Medical Director, Occupational Medicine
HUD-IRS-Federal Occupational Health Service-FOHS
Bethesda, Maryland

Appeal No. 07-5295

Jeffrey A. Taylor, U. S. Attorney

Appoints Irving Kator Guardian for appeal of

Civil No. 1:04CV01056-ESH

27

## Movant Motion To Intervene Is Timely

The timeliness of a motion to intervene "is to be determined from all the circumstances," NAACP v. New York, 413 U.S. 345, 366(1973)

Intervener Buesgens first learned of Civil Action No. 1:06CV00303-GK on June 3, 2008.

Buesgens has new claim against Internal Revenue Service and U.S. Attorney Office and U.S. Department of Health & Human Services.

IRS-FOHS Doctors and their Attorneys setup the call Buesgens doctor scheme to finish his doctor-patient relationship with J. Rex Wier, MD.

This is IRS-FOHS Doctors and Attorneys new legal strategy to finish Buesgens Federal Tort Claims, et al.

U.S. Attorneys and IRS Attorneys threatening litigation against Buesgens doctor J. Rex Wier, MD. Because J. Rex Wier MD requested IRS Medical Records for Michael Buesgens.

28

## ALTERNATIVELY, THIS COURT SHOULD GRANT MOVANT BUESGENS PERMISSIVE INTERVENTION

Federal Rule of Civil Procedure 24(b) (2)

Intervener Buesgens has the same claims with the same players. Buesgens intervention will put end to litigation, not delay it.

## CONCLUSION

Intervener Buesgens respectfully requests this court put the reasonable reassignment issue front and center.

Order Internal Revenue Service, Department of the Treasury production of reasonable reassignment records.

Appoint special master for discovery. Order that discovery will be presented directly to the court for review by special master.

Make the bad boys and bad girls who hide behind federal agency comply with the law.

This case will have national impact and clear dockets.

Respectfully Submitted,

Michael L. Buesgens
Former IRS Employee
Intervener
June 5, 2008

## CERTIFICATE OF SERVICE

I certify that one true copy of this motion
to intervene was served by priority mail, delivery
confirmation on this 6th day of June, 2008,
Addressed to the Following:

1. <u>Tessa A. Bergman</u>, Plaintiff
   John David Quinn, Attorney
   Sale & Quinn, P.C.
   Civil No. 1:06CV00303-GK
   910 16th Street, N.W., Suite 500
   Washington, D.C. 20006


2. <u>Pat S. Genis</u>, <u>AUSA</u>
   Tax Division
   Bankruptcy Division
3. <u>Karen Melnik</u>, <u>AUSA</u>
   <u>U.S. Attorney Office</u>
   A. Civil No. 1:07CV00859-RBW
   B. Adversary No. 07-10008
   C. IRS Bankruptcy Crimes Case No. 06-11164FRM-SS
   D. U.S. Tax Court Petition No. 5378-08
   P.O. Box 227
   Washington, D.C. 20044

3. R. Barry Robinson, AUSA
4. Michael Lynn Salyards, IRS-GLS, Attorney
5. Elizabeth Cottingham, AUSA-TIGTA
   U.S. Attorney Office
   816 Congress Avenue, Suite 1000
   Austin, Texas 78701

6. Captain Mark Delowery, D.O., Director
7. Neal Lee Presant, MD, Director
8. Lillian Koenig, Director
9. Darlene Christian, Director, FOIA
10. Mark Norman Frank, MD, Independent Contractor
11, James William Allen, MD, Independent Contractor
12. Michelle Smith-Jeffries, MD-Contractor
13. Lisa Barsoomian, Assistant General Counsel-HHS
14. Linda A. Vincent, Paralegal
15. Erin Norris, EEOC Attorney

Federal Tort Claims Act-Form SF95-Personal Injury
Administrative Claims-HHS-EEOC-IRS-HUD-USPS-2007

U.S. Department of Health & Human Services-HHS
General Law Division
Room 4758
Wilbur J. Cohen Building
330 Independence Avenue, SW
Washington, D.C. 20201
Phone: 202-619-2155
Fax: 202-619-2922

16. J. Rex Wier, MD, Psychiatrist
17. James E. Kreisle Jr, MD, Psychiatrist
    3724 Jefferson Street, Suite 111
    Austin, Texas 78731

18. Martin G. Allen, MD, Psychiatrist
    Civil No. 1:06CV00303-GK
    2501 Calvert Street, NW
    Washington, D.C. 20008

**Michael L. Buesgens**
**Former IRS Employee**
**Reasonable Reassignment Denied**
**Involuntary Disability Retirement 03/07/2005**
**Intervener**
**Civil No. 1:06CV00303-GK**

**Mailing Address:**

**3112 Windsor RD, Suite A322**
**Austin, Texas 78703**
**Phone: 512-339-6005X7958**
**Email: mikebuesgens@hotmail.com**

**June 5, 2008**

32