UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TESSE E. BERGMAN,                          :
                                           :
            Plaintiff,                     :
                                           :
            V.                             :
                                           :
JOHN W. SNOW, SECRETARY                    :
DEPARTMENT OF THE TREASURY                 :        CIVIL ACTION NO.  06-CV-00303(GK)
                                           :
            Defendant.                     :
                                           :
MICHAEL L. BUESGENS,                       :
                                           :
            Intervenor/Movant.             :
                                           :
_____:

**O R D E R**

Upon consideration of  Michael L. Buesgens' Motion to Intervene and all responses

thereto, it is hereby

ORDERED that Michael L. Buesgens' Motion to Intervene is DENIED.

Date:        _____
             UNITED STATES DISTRICT COURT JUDGE