UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESSA E. BERGMAN,<br>  Plaintiff | :<br>: |
| | :   Civ. Action No. 06-0303 (GK) |
| V. | : |
| JOHN W. SNOW,<br>Secretary, Department of the Treasury,<br>  Defendant | :<br>:<br>: |

JOINT PRAECIPE

  On behalf of the parties, the defendant respectfully submits this praecipe concerning the captioned matter. Since the status conference with the Court on May 13, 2008, the parties have engaged in settlement discussions concerning this matter. At this time, the parties have reached an agreement in principle. A proposed written agreement currently is undergoing supervisory review.

  In light of the above, the parties respectfully request that the Court suspend any further activity in this matter and allow the parties thirty days in which to either submit a stipulation of

settlement or a further report to the Court.

        Respectfully submitted,

        /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

        /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

        /s/ Rhonda C. Fields
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970