### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESTA E. BERGMAN : <br> (formerly Theresa E. Bearman) : <br> : <br> Plaintiff, : <br> : Civil Action No. <u>06-0303 (GK)</u> <br> v. : <br> : <br> HENRY M. PAULSON, JR. : <br> SECRETARY OF THE TREASURY : <br> : <br> Defendant. : | |

**CONSENT MOTION FOR ENTRY OF SETTLEMENT AGREEMENT AND ORDER**

Plaintiff Tessa Bergman, by the undersigned counsel, respectfully submits her motion for entry of the Settlement Agreement and Order agreed to by the parties. Counsel for defendant, Rhonda Fields, Esq., has consented to this motion, and the consent order signed by all parties is attached hereto.

                                          Respectfully submitted,

                                          SALE & QUINN, P.C.

                                          _____/s/_____  
                                          John D. Quinn, Esq., Bar No. 267302  
                                          Stephen Sale  
                                          910 16th Street, N.W., 5th Floor  
                                          Washington, D.C. 20006  
                                          Tel: (202) 833-4170  
                                          Fax: (202) 887-5137  
June 24, 2008                           Counsel for Plaintiff

Case 1:06-cv-00303-GK    Document 72    Filed 06/24/2008    Page 2 of 2